DAVIS & GILBERT LLP
H. Seiji Newman
Massimo Giugliano
1740 Broadway
New York, NY 10019
Tel: (212) 468-4800
Fax: (212) 468-4888
Email:  hsnewman@dglaw.com
         mgiugliano@dglaw.com

*Attorneys for Landstar Global
Logistics, Inc., Landstar Inway, Inc.
and Landstar Express America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
                                                                   :
**In re**                                                          :
                                                                   :     **Chapter 11**
                                                                   :
**WESTINGHOUSE ELECTRIC**                                          :     **Case No. 17-10751**
**COMPANY LLC,** *et al.*,                                         :
                                                                   :
                     **Debtors.**                                  :     **(Jointly Administered)**
-------------------------------------------------------------------X

**COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE**
**RECORD ON APPEAL OF APPELLEES LANDSTAR GLOBAL LOGISTICS, INC.,**
**LANDSTAR INWAY, INC. AND LANDSTAR EXPRESS AMERICA, INC.**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Landstar Global

Logistics, Inc., Landstar Inway, Inc. and Landstar Express America, Inc. (collectively,

"Appellees"), by and through their undersigned counsel, respectfully submit the following

counter-designation of additional items to be included in the record on appeal in connection with

the appeal by Whitebox Advisors, LLC, Whitebox Multi-Strategy Partners, LP and Whitebox

Asymmetric Partners, LP (collectively, "Appellants") of the United States Bankruptcy Court for

the Southern District of New York's (1) Bench Decision Regarding Objections by Various

Landstar Entities to Notices of Partial Transfers of Claim filed by Various Whitebox Entities,

entered in the above-referenced bankruptcy cases on August 1, 2018 [ECF No. 3706]; and (2) Order Regarding Objections by Various Landstar Entities to Notices of Partial Transfers of Claim filed by Various Whitebox Entities, entered in the above-referenced bankruptcy cases on August 1, 2018 [ECF No. 3707].

## COUNTER-DESIGNATION OF ADDITIONAL ITEMS
## TO BE INCLUDED IN THE RECORD ON APPEAL

Landstar hereby counter-designates the following item to be included in the record on appeal in addition to the items designated by Appellants:

**Exhibit Number PX 21**: Copies of all notices of transfer of claims (other than those at issue) filed by Appellants in the above-referenced bankruptcy cases, as of July 18, 2018.

Dated:  New York, New York
        September 11, 2018

DAVIS & GILBERT LLP

/s/ Seiji Newman
H. Seiji Newman
Massimo Giugliano
1740 Broadway
New York, New York 10019
Telephone:  (212) 468-4800
Facsimile:  (212) 468-4888

*Attorneys for Landstar Global Logistics, Inc., Landstar Inway, Inc. and Landstar Express America, Inc.*

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                            :
In re                                       :
                                            :        Chapter 11
                                            :
WESTINGHOUSE ELECTRIC                       :        Case No. 17-10751
COMPANY LLC, *et al.*,                      :
                                            :
                 Debtors.                   :        (Jointly Administered)
-----------------------------------------------------------------------X

OBJECTION OF LANDSTAR GLOBAL LOGISTICS, INC., LANDSTAR INWAY, INC.
AND LANDSTAR EXPRESS AMERICA, INC. TO NOTICES OF PARTIAL
TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**NOTICES OF TRANSFER OF WHITEBOX**



B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

**Maxim Crane Works, L.P.**
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 1761
Total Amount of Claim Transferred: USD $ 410,664.00

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Date Claim Filed: 08/27/2017

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
    EFEC9660E2574B9...
Transferee/Transferee's Agent

Date: 10/13/2017

Mark
Strefling,
CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

**Evidence of Partial Transfer of Claim**

**TO:** **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated October 13, 2017, by and among Maxim Crane Works, L.P. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $410,664.00 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Claim 1761 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this _13th_ day of _Oct_ 2017.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MAXIM CRANE WORKS, L.P.**

By: _____

Name: _Ryan A. Cornell_

Title: _Vice President_

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
    Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

Name and Address where notices to transferee
should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

**Maxim Crane Works, L.P.**
Name of Transferor

Court Claim # (if known): 1761
Total Amount of Claim Transferred:
USD $ 463,090.01

Date Claim Filed: 08/27/2017

Name and Address where transferee
payments should be sent (if different from
above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____  Date: 10/13/2017
  Transferee/Transferee's Agent

 Mark
 Strefling,
 CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

**TO:** **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated October 13, 2017, by and among Maxim Crane Works, L.P. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $463,090.01 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Claim 1761 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this _13th_ day of _Oct_ 2017.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MAXIM CRANE WORKS, L.P.**

By: _____

Name: _Ryan A. Carwald_

Title: _Vice President_

2

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

**Cannon Sline Industrial, Inc.**
Name of Transferor

Name and Address where notices to transferee
should be sent:

Court Claim # (if known): 1479 __
Total Amount of Claim Transferred:
USD $ 2,161,977.55 _____

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Date Claim Filed: 08/08/2017 _____

Name and Address where transferee
payments should be sent (if different from
above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____     Date: 11/28/2017 _____
       Transferee/Transferee's Agent
       Mark Strefling, CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 0AD89E06-2C33-4B46-B311-CA5E2EE35936

**Evidence of Partial Transfer of Claim**

**TO:** **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated November 22, 2017, by and among Cannon Sline Industrial, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $2,161,977.55 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Claim 1479 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22nd day of November, 2017.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____    11/22/2017 | 11:33 PST

EFEC9660F2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

**CANNON SLINE INDUSTRIAL, INC.**

By: _____

Name: Scott Van Duinen

Title: Vice President

**Evidence of Partial Transfer of Claim**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

     For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated November 22, 2017, by and among Cannon Sline Industrial, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $2,161,977.55 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Claim 1479 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

     Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

     IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22nd day of November, 2017.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**CANNON SLINE INDUSTRIAL, INC.**

By: _____

Name: Scott Van Duinen

Title: Vice President

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
         Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee payments should be sent (if different from above):

**Cannon Sline Industrial, Inc.**
Name of Transferor

Court Claim # (if known): 1479 __
Total Amount of Claim Transferred:
USD $ 2,437,978.99 _____

Date Claim Filed: 08/08/2017 ____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 11/28/2017 _____
    EFEC9660E2574B9...
    Transferee/Transferee's Agent
    Mark Strefling, CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 0AD89E06-2C33-4B46-B311-CA5E2E535936

**Evidence of Partial Transfer of Claim**

**TO:**  **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated November 22, 2017, by and among Cannon Sline Industrial, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $2,437,978.99 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Claim 1479 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22nd day of November, 2017.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

11/22/2017 | 11:33 PST

By: _____
EFEC0660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

**CANNON SLINE INDUSTRIAL, INC.**

By: _____

Name: Scott Van Duinen

Title: Vice President

**Evidence of Partial Transfer of Claim**

**TO:** **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated November 22, 2017, by and among Cannon Sline Industrial, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $2,437,978.99 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Claim 1479 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22nd day of November, 2017.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**CANNON SLINE INDUSTRIAL, INC.**

By: _Scott Van Duinen_

Name: Scott Van Duinen

Title: Vice President

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,　　　　Case No. 17-10751
　　　　　　Debtors.　　　　　　　　　　　　　　　　　　(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**　　　**DuBose National Energy Services, Inc.**
Name of Transferee　　　　　　　　　　　　　Name of Transferor

Name and Address where notices to transferee　　Court Claim # (if known): 1835___
should be sent:　　　　　　　　　　　　　　　Total Amount of Claim Transferred:
　　　　　　　　　　　　　　　　　　　　　　USD $ 68,061.80_____

3033 Excelsior Blvd., Ste. 300　　　　　　　　Date Claim Filed: 08/24/2017_____
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee
payments should be sent (if different from
above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____　　Date: 11/28/2017_____
　　　　Transferee/Transferee's Agent
　　　　Mark Strefling, CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated November 22, 2017, by and among DuBose National Energy Services, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $68,061.80 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim Number 1835 (the "Claim") filed against Westinghouse Electric Company LLC (the "Debtor"), a debtor in Case No. 17-10751 (MEW) (jointly administered) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22nd day of November, 2017.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

11/22/2017 | 11:33 PST

By: _____
    EFEC9660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer


**DUBOSE NATIONAL ENERGY SERVICES, INC.**

By: _____

Name: Carl Rogers

Title: Chief Executive Officer

3

**Evidence of Partial Transfer of Claim**

**TO:      THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated November 22, 2017, by and among DuBose National Energy Services, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $68,061.80 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim Number 1835 (the "Claim") filed against Westinghouse Electric Company LLC (the "Debtor"), a debtor in Case No. 17-10751 (MEW) (jointly administered) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22nd day of November, 2017.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**DUBOSE NATIONAL ENERGY SERVICES, INC.**

By: _____

Name: Carl Rogers

Title: Chief Executive Officer

3

DocuSign Envelope ID: 70AEA054-C45C-4DCF-8894-30E582EDB59E

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
          Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee payments should be sent (if different from above):

**DuBose National Energy Services, Inc.**
Name of Transferor

Court Claim # (if known): 1835 ___
Total Amount of Claim Transferred:
USD $ 41,715.30 _____

Date Claim Filed: 08/24/2017 _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:         Date: 11/28/2017 _____
      Transferee/Transferee's Agent
      Mark Strefling, CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 1C65BE5F-76AD-46F1-86F5-E3365D4DCD31

**Evidence of Partial Transfer of Claim**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated November 22, 2017, by and among DuBose National Energy Services, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $41,715.30 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim Number 1835 (the "Claim") filed against Westinghouse Electric Company LLC (the "Debtor"), a debtor in Case No. 17-10751 (MEW) (jointly administered) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22nd day of November, 2017.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

11/22/2017 | 11:33 PST

By: _____
EFEC9660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

**DUBOSE NATIONAL ENERGY SERVICES, INC.**

By: _____

Name: Carl Rogers

Title: Chief Executive Officer

**Evidence of Partial Transfer of Claim**

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated November 22, 2017, by and among DuBose National Energy Services, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $41,715.30 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim Number 1835 (the "Claim") filed against Westinghouse Electric Company LLC (the "Debtor"), a debtor in Case No. 17-10751 (MEW) (jointly administered) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22nd day of November, 2017.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**DUBOSE NATIONAL ENERGY SERVICES, INC.**

By: _____

Name: Carl Rogers

Title: Chief Executive Officer

2

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,      Case No. 17-10751
       Debtors.                  (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**       **DuBose National Energy Services, Inc.**
Name of Transferee                         Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): 1841 __
should be sent:                           Total Amount of Claim Transferred:
                                         USD $ 1,048,658.06 _____

3033 Excelsior Blvd., Ste. 300           Date Claim Filed: 08/24/2017_____
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee
payments should be sent (if different from
above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: 11/28/2017 _____
        Transferee/Transferee's Agent
        Mark Strefling, CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 1C65BE5F-76AD-46F1-86F5-E3365D4DCD31

**Evidence of Partial Transfer of Claim**

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated November 22, 2017, by and among DuBose National Energy Services, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $1,048,658.06 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim Number 1841 (the "Claim") filed against WECTEC Global Project Services Inc. (the "Debtor"), a debtor in Case No. 17-10751 (MEW) (jointly administered) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22nd day of November, 2017.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

11/22/2017 | 11:33 PST

By: _____
EFEC9660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

**DUBOSE NATIONAL ENERGY SERVICES, INC.**

By: _____

Name: Carl Rogers

Title: Chief Executive Officer

4

**Evidence of Partial Transfer of Claim**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated November 22, 2017, by and among DuBose National Energy Services, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $1,048,658.06 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim Number 1841 (the "Claim") filed against WECTEC Global Project Services Inc. (the "Debtor"), a debtor in Case No. 17-10751 (MEW) (jointly administered) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22nd day of November, 2017.

WHITEBOX ASYMMETRIC PARTNERS, LP


By: _____

Name: Mark Strefling

Title: Chief Executive Officer


DUBOSE NATIONAL ENERGY SERVICES, INC.

By: _____

Name: Carl Rogers

Title: Chief Executive Officer

4

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**DuBose National Energy Services, Inc.**
Name of Transferor

Name and Address where notices to transferee
should be sent:

Court Claim # (if known): 1841 __
Total Amount of Claim Transferred:
USD $ 1,710,968.41 _____

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Date Claim Filed: 08/24/2017 _____

Name and Address where transferee
payments should be sent (if different from
above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____    Date: 11/28/2017 _____
      Transferee/Transferee's Agent
      Mark Strefling, CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

**TO:**    **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated November 22, 2017, by and among DuBose National Energy Services, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $1,710,968.41 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim Number 1841 (the "Claim") filed against WECTEC Global Project Services Inc. (the "Debtor"), a debtor in Case No. 17-10751 (MEW) (jointly administered) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22nd day of November, 2017.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

11/22/2017 | 11:33 PST

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**DUBOSE NATIONAL ENERGY SERVICES, INC.**

By: _____

Name: Carl Rogers

Title: Chief Executive Officer

5

**Evidence of Partial Transfer of Claim**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated November 22, 2017, by and among DuBose National Energy Services, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $1,710,968.41 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim Number 1841 (the "Claim") filed against WECTEC Global Project Services Inc. (the "Debtor"), a debtor in Case No. 17-10751 (MEW) (jointly administered) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22nd day of November, 2017.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**DUBOSE NATIONAL ENERGY SERVICES, INC.**

By: _____

Name: Carl Rogers

Title: Chief Executive Officer

5

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,         Case No. 17-10751
       Debtors.                               (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee payments should be sent (if different from above):

**DuBose National Energy Services, Inc.**
Name of Transferor

Court Claim # (if known): <u>See Docket No. 1387 (allowing Assignor's claim in an amount of $95,290.00 as an administrative expense)</u>

Total Amount of Claim Transferred:
USD $ <u>36,210.20</u>

Date Claim Filed: <u>See Docket No. 1387</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: <u>11/28/2017</u>
      Transferee/Transferee's Agent
      Mark Strefling, CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 1C65BE5F-76AD-46F1-86F5-E3365D4DCD31

17-10751 Case 1:18-cv-02856 Filed 11/28/17 Document Entered Filed 03/28/18 19:18:00 Page 27 of 281 Main Document Pg 2 of 3

**Evidence of Partial Transfer of Claim**

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

     For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated November 22, 2017, by and among DuBose National Energy Services, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $36,210.20 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Assignor's reclamation claim (the "Claim") against Westinghouse Electric Company LLC, et al. (the "Debtor"), a debtor in Case No. 17-10751 (MEW) (jointly administered) (the "Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as reflected in docket number 1387 of the Case.

     Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

     IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22nd day of November, 2017.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

11/22/2017 | 11:33 PST

By: _____
EFEC9660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

**DUBOSE NATIONAL ENERGY SERVICES, INC.**

By: _____

Name: Carl Rogers

Title: Chief Executive Officer

**Evidence of Partial Transfer of Claim**

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated November 22, 2017, by and among DuBose National Energy Services, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $36,210.20 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Assignor's reclamation claim (the "Claim") against Westinghouse Electric Company LLC, et al. (the "Debtor"), a debtor in Case No. 17-10751 (MEW) (jointly administered) (the "Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as reflected in docket number 1387 of the Case.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22nd day of November, 2017.

**WHITEBOX ASYMMETRIC PARTNERS, LP**


By: _____

Name: Mark Strefling

Title: Chief Executive Officer


**DUBOSE NATIONAL ENERGY SERVICES, INC.**

By: _____

Name: Carl Rogers

Title: Chief Executive Officer


6

DocuSign Envelope ID: 70AEA054-C45C-4DCF-8894-30E582EDB59E

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,       Case No. 17-10751
         Debtors.          (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Whitebox Multi-Strategy Partners, LP** | **DuBose National Energy Services, Inc.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>See Docket No. 1387 (allowing Assignor's claim in an amount of $95,290.00 as an administrative expense)</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $ <u>59,079.80</u>

Date Claim Filed: <u>See Docket No. 1387</u>

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: <u>11/28/2017</u>
     Transferee/Transferee's Agent
     Mark Strefling, CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated November 22, 2017, by and among DuBose National Energy Services, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $59,079.80 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Assignor's reclamation claim (the "Claim") against Westinghouse Electric Company LLC, et al. (the "Debtor"), a debtor in Case No. 17-10751 (MEW) (jointly administered) (the "Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as reflected in docket number 1387 of the Case.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22nd day of November, 2017.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

11/22/2017 | 11:33 PST

By: _____
EFEC9660E2574B9

Name: Mark Strefling

Title: Chief Executive Officer

**DUBOSE NATIONAL ENERGY SERVICES, INC.**

By: _____

Name: Carl Rogers

Title: Chief Executive Officer

**Evidence of Partial Transfer of Claim**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated November 22, 2017, by and among DuBose National Energy Services, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $59,079.80 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Assignor's reclamation claim (the "Claim") against Westinghouse Electric Company LLC, et al. (the "Debtor"), a debtor in Case No. 17-10751 (MEW) (jointly administered) (the "Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as reflected in docket number 1387 of the Case.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22nd day of November, 2017.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**DUBOSE NATIONAL ENERGY SERVICES, INC.**

By: _____

Name: Carl Rogers

Title: Chief Executive Officer

7

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
        Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

**DuBose National Energy Services, Inc.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Court Claim # (if known): See Docket No.
1512 (allowing Assignor's claim in an
amount of $1,820,956.00 as an administrative
expense)

Total Amount of Claim Transferred
USD $ 691,963.28

Date Claim Filed: See Docket No. 1512

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
        EFEC9660E2574B9...
        Transferee/Transferee's Agent
        Mark Strefling, CEO

Date: 11/28/2017

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated November 22, 2017, by and among DuBose National Energy Services, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $691,963.28 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Assignor's reclamation claim (the "Claim") against Stone & Webster Construction Inc. (the "Debtor"), a debtor in Case No. 17-10751 (MEW) (jointly administered) (the "Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as reflected in docket number 1512 of the Case.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22nd day of November, 2017.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

11/22/2017  |  11:33 PST

By: _____
EFEC0660E2674B9...

Name: Mark Strefling

Title: Chief Executive Officer

**DUBOSE NATIONAL ENERGY SERVICES, INC.**

By: _____

Name: Carl Rogers

Title: Chief Executive Officer

**Evidence of Partial Transfer of Claim**

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated November 22, 2017, by and among DuBose National Energy Services, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $691,963.28 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Assignor's reclamation claim (the "Claim") against Stone & Webster Construction Inc. (the "Debtor"), a debtor in Case No. 17-10751 (MEW) (jointly administered) (the "Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as reflected in docket number 1512 of the Case.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.   Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22nd day of November, 2017.

WHITEBOX ASYMMETRIC PARTNERS, LP

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

DUBOSE NATIONAL ENERGY SERVICES, INC.

By: _____

Name: Carl Rogers

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
        Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee payments
should be sent (if different from above):

**DuBose National Energy Services, Inc.**
Name of Transferor

Court Claim # (if known): See Docket No.
1512 (allowing Assignor's claim in an
amount of $1,820,956.00 as an administrative
expense)

Total Amount of Claim Transferred:
USD $ 1,128,992.72

Date Claim Filed: See Docket No. 1512

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
      EFEC9660E2574B9
      Transferee/Transferee's Agent
      Mark Strefling, CEO

Date: 11/28/2017

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated November 22, 2017, by and among DuBose National Energy Services, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $1,128,992.72 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Assignor's reclamation claim (the "Claim") against Stone & Webster Construction Inc. (the "Debtor"), a debtor in Case No. 17-10751 (MEW) (jointly administered) (the "Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as reflected in docket number 1512 of the Case.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22nd day of November, 2017.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

11/22/2017 | 11:33 PST

By: _____
DocuSigned by:
EFEC9660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

**DUBOSE NATIONAL ENERGY SERVICES, INC.**

By: _____

Name: Carl Rogers

Title: Chief Executive Officer

**Evidence of Partial Transfer of Claim**

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated November 22, 2017, by and among DuBose National Energy Services, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $1,128,992.72 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Assignor's reclamation claim (the "Claim") against Stone & Webster Construction Inc. (the "Debtor"), a debtor in Case No. 17-10751 (MEW) (jointly administered) (the "Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as reflected in docket number 1512 of the Case.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22nd day of November, 2017.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**DUBOSE NATIONAL ENERGY SERVICES, INC.**

By: _____

Name: Carl Rogers

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
        Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

**Shelby Mechanical, Inc.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): 882

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $228,534.89

Date Claim Filed: July 11, 2017

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____      Date: 12/20/2017
      Transferee/Transferee's Agent

Mark Strefling

Partner – Chief Executive Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751171221000000000002

DocuSign Envelope ID: 58B68546-9C6A-4F6B-B264-E9CCD07E45C8

**Evidence of Partial Transfer of Claim**

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated December 13, 2017, by and among Shelby Mechanical, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $228,534.89 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Claim 882 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13th day of December, 2017.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**SHELBY MECHANICAL, INC.**

By: _____

Name: Michael P. Bray

Title: Executive Vice President

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,     Case No. 17-10751
       Debtors.                                    (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**      **Shelby Mechanical, Inc.**
Name of Transferee                                     Name of Transferor

Name and Address where notices to
transferee should be sent:                     Court Claim # (if known): 882

3033 Excelsior Blvd., Ste. 300            Total Amount of Claim Transferred:
Minneapolis, MN 55416                   USD $372,873.41
Attn: Scott Specken
Telephone: (612) 253-6001            Date Claim Filed: July 11, 2017
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____       Date: 12/20/2017
       Transferee/Transferee's Agent
     Mark Strefling

       Partner - Chief Executive Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751171221000000000003

**Evidence of Partial Transfer of Claim**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated December 13, 2017, by and among Shelby Mechanical, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $372,873.41 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Claim 882 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13th day of December, 2017.

WHITEBOX MULTI-STRATEGY PARTNERS, LP

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

SHELBY MECHANICAL, INC.

By: _____

Name: Michael P. Bray

Title: Executive Vice President

DocuSign Envelope ID: 9744609A-C8AC-4FFE-A313-6B07AA9A685EC

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
     Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

**MACO Inc.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): 644

Total Amount of Claim Transferred:
USD $281,012.20

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Date Claim Filed: June 14, 2017

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____

Date: 12/27/2017

Transferee/Transferee's Agent

Mark Strefling

Partner – Chief Executive Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751171228000000000004

**Evidence of Partial Transfer of Claim**

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated December 26 2017 by and among MACO Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $281,012.20 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Claim Nos. 644, 3397, 3403 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26 day of December 2017.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MACO Inc.**

By: _____

Name: M. Todd Malker

Title: President

DocuSign Envelope ID: 9744609A-C8AC-4FFE-A313-6B07AA9A685EC

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
        Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**MACO Inc.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): 644

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $458,493.57

Date Claim Filed: June 14, 2017

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____,       Date: 12/27/2017
    Transferee/Transferee's Agent

Mark Strefling

Partner – Chief Executive Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751171228000000000005

**Evidence of Partial Transfer of Claim**

## TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated December 26, 2017, by and among MACO Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $458,493.57 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Claim Nos. 644, 3397, 3403 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.   Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26 day of December 2017.

WHITEBOX MULTI-STRATEGY PARTNERS, LP

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

MACO Inc.

By: _____

Name: M. Todd Melton

Title: President

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
        Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**MACO Inc.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): 3397

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $458,493.57

Date Claim Filed: November 8, 2017

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
    Transferee/Transferee's Agent

Date: 12/27/2017

Mark Strefling
Partner – Chief Executive Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated December 26, 2017, by and among MACO Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $458,493.57 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Claim Nos. 644, 3397, 3403 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26 day of December 2017.

WHITEBOX MULTI-STRATEGY PARTNERS, LP

By: 

Name: Mark Strefling

Title: Chief Executive Officer

MACO Inc.

By: 

Name: M. Todd Melton

Title: President

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

**MACO Inc.**
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>3397</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD <u>$281,012.20</u>

Date Claim Filed: <u>November 8, 2017</u>

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: <u>12/27/2017</u>
    Transferee/Transferee's Agent

Mark Strefling

Partner - Chief Executive Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751171228000000000007

**Evidence of Partial Transfer of Claim**

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated December 26 2017 by and among MACO Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $281,012.20 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Claim Nos. 644, 3397, 3403 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26 day of December 2017.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MACO Inc.**

By: _____

Name: M. Todd Malher

Title: President

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
     Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

**MACO Inc.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): 3403

Total Amount of Claim Transferred:
USD $281,012.20

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Date Claim Filed: November 15, 2017

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____     Date: 12/27/2017
    Transferee/Transferee's Agent

Mark Strefling

Partner – Chief Executive Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751171228000000000008

**Evidence of Partial Transfer of Claim**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated December 26 2017 by and among MACO Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $281,012.20 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Claim Nos. 644, 3397, 3403 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this _26_ day of December, 2017.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MACO Inc.**

By: _____

Name: M. Todd Melher

Title: President

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**MACO Inc.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Court Claim # (if known): <u>3403</u>

Total Amount of Claim Transferred:
USD <u>$458,493.57</u>

Date Claim Filed: <u>November 15, 2017</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____,
    Transferee/Transferee's Agent

    Mark Strefling

    Partner – Chief Executive Officer

Date: <u>12/27/2017</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

### TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated December 26, 2017, by and among MACO Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $458,493.57 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Claim Nos. 644, 3397, 3403 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.    Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26 day of December 2017.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By:

Name: Mark Strefling

Title: Chief Executive Officer

**MACO Inc.**

By:

Name: M. Todd Melton

Title: President

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,      Case No. 17-10751
       Debtors.                                           (jointly administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

**Automated Precision Inc.**
Name of Transferor

Court Claim # (if known): 1922

Total Amount of Claim Transferred:
USD $453,715.45

Date Claim Filed: August 28, 2017

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____             Date: 01/05/2018
       Transferee/Transferee's Agent
    Mark  Strefling

     Partner - Chief Executive Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180108000000000001

**Evidence of Partial Transfer of Claim**

TO: **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated January 2, 2018, by and among Automated Precision Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $ $453,715.45 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Claim 1922 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 2nd day of January, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**AUTOMATED PRECISION INC.**

By: _____

Name: *ALLEN FRYDENBERG*

Title: *CFO*

**Evidence of Partial Transfer of Claim**

**TO:**  **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated January 2, 2018, by and among Automated Precision Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $ $453,715.45 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Claim 1922 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 2nd day of January, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**AUTOMATED PRECISION INC.**

By: _____

Name:

Title:

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

**Automated Precision Inc.**
Name of Transferor

Court Claim # (if known): 1922

Total Amount of Claim Transferred:
USD $278,083.28

Date Claim Filed: August 28, 2017

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
      Transferee/Transferee's Agent

    Mark  Strefling

    Partner – Chief Executive Officer

Date: 01/05/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751180108000000000002

**Evidence of Partial Transfer of Claim**

**TO:** **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated January 2, 2018 by and among Automated Precision Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $278,083.28 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Claim 1922 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 2nd day of January, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**AUTOMATED PRECISION INC.**

By: _____

Name: ALLEN FRYDENBERG

Title: C FO

**Evidence of Partial Transfer of Claim**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated January 2, 2018 by and among Automated Precision Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $278,083.28 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Claim 1922 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 2nd day of January, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**


By: _____

Name: Mark Strefling

Title: Chief Executive Officer


**AUTOMATED PRECISION INC.**

By: _____

Name:

Title:

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

**Bulldog Erectors, Inc.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): <u>3305</u>

Total Amount of Claim Transferred:
USD <u>$4,668,531.90</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Date Claim Filed: <u>October 4, 2017</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By:              Date: <u>01/29/2018</u>
    Transferee/Transferee's Agent

Mark Strefling

Partner – Chief Executive Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751180129000000000026

DocuSign Envelope ID: 040B3F34-F6BE-4B1B-8014-2EE9F80A9436

## Evidence of Partial Transfer of Claim

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated January 26, 2018 by and among Bulldog Erectors, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $ 4,668,531.90 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proofs of Claim Numbers 3305 and 3306 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26th day of January, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**BULLDOG ERECTORS, INC.**

By: _____

Name: Robert G. Shirey

Title: President

B 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,  
    Debtors.

Case No. 17-10751  
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**  
Name of Transferee

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300  
Minneapolis, MN 55416  
Attn: Scott Specken  
Telephone: (612) 253-6001  
Email: sspecken@whiteboxadvisors.com

**Bulldog Erectors, Inc.**  
Name of Transferor

Court Claim # (if known): 3306

Total Amount of Claim Transferred:  
USD $4,668,531.90

Date Claim Filed: October 4, 2017

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  
    Transferee/Transferee's Agent

    Mark Strefling  
    Partner – Chief Executive Officer

Date: 01/29/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180129000000000027

DocuSign Envelope ID: 040B3F34-F6BE-4B1B-8014-2EE9F80A9436

## Evidence of Partial Transfer of Claim

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated January 26, 2018 by and among Bulldog Erectors, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $ 4,668,531.90 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proofs of Claim Numbers 3305 and 3306 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26th day of January, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**BULLDOG ERECTORS, INC.**

By: _____

Name: Robert G. Shirey

Title: President

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,  
     Debtors.

Case No. 17-10751  
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Caja Blanca Fund, LP**  
Name of Transferee

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300  
Minneapolis, MN 55416  
Attn: Scott Specken  
Telephone: (612) 253-6001  
Email: sspecken@whiteboxadvisors.com

**Bulldog Erectors, Inc.**  
Name of Transferor

Court Claim # (if known): <u>3305</u>

Total Amount of Claim Transferred:  
USD <u>$5,112,822.00</u>

Date Claim Filed: <u>October 4, 2017</u>

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ ,       Date: <u>01/29/2018</u>  
    Transferee/Transferee's Agent

Mark Strefling

Partner - Chief Executive Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180129000000000028

## Evidence of Partial Transfer of Claim

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated January 26, 2018 by and among Bulldog Erectors, Inc. ("Assignor") and Whitebox Caja Blanca Fund, LP, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $ 5,112,822.00 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proofs of Claim Numbers 3305 and 3306 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.   Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26th day of January, 2018.

**WHITEBOX CAJA BLANCA FUND, LP**

By:

DocuSigned by:

EFEC9660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

**BULLDOG ERECTORS, INC.**

By:

Name: Robert G. Shirey

Title: President

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
     Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Caja Blanca Fund, LP**
Name of Transferee

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

**Bulldog Erectors, Inc.**
Name of Transferor

Court Claim # (if known): 3306

Total Amount of Claim Transferred:
USD $5,112,822.00

Date Claim Filed: October 4, 2017

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
    Transferee/Transferee's Agent

Mark Strefling

Partner – Chief Executive Officer

Date: 01/29/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


1710751180129000000000029

## Evidence of Partial Transfer of Claim

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated January 26, 2018 by and among Bulldog Erectors, Inc. ("Assignor") and Whitebox Caja Blanca Fund, LP, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $ 5,112,822.00  of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proofs of Claim Numbers 3305 and 3306 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.   Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26th day of January, 2018.

**WHITEBOX CAJA BLANCA FUND, LP**

By: 

Name: Mark Strefling

Title: Chief Executive Officer

**BULLDOG ERECTORS, INC.**

By: 

Name: Robert G. Shirey

Title: President

DocuSign Envelope ID: 040B3F34-F6BE-4B1B-8014-2EE9F80A9436

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**Bulldog Erectors, Inc.**
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>3305</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD <u>$5,057,576.23</u>

Date Claim Filed: <u>October 4, 2017</u>

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:           Date: <u>01/29/2018</u>
     Transferee/Transferee's Agent

Mark Strefling

Partner – Chief Executive Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751180129000000000030

DocuSign Envelope ID: 040B3F34-F6BE-4B1B-8014-2EE9F80A9436

## Evidence of Partial Transfer of Claim

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated January 26, 2018, by and among Bulldog Erectors, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $ 5,057,576.23 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim Numbers 3305 and 3306 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.   Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26th day of January, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By

DocuSigned by:
EFEC9660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

**BULLDOG ERECTORS, INC.**

By:

Name: Robert G. Shirey

Title: President

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
     Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**Bulldog Erectors, Inc.**
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 3306

Total Amount of Claim Transferred:
USD $5,057,576.23

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Date Claim Filed: October 4, 2017

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
    Transferee/Transferee's Agent

Date: 01/29/2018

Mark Strefling
Partner – Chief Executive Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180129000000000031

**Evidence of Partial Transfer of Claim**

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated January 26, 2018, by and among Bulldog Erectors, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $ 5,057,576.23 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim Numbers 3305 and 3306 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.   Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26th day of January, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By _____
EFEC9660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

**BULLDOG ERECTORS, INC.**

By: _____

Name: Robert G. Shirey

Title: President

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,                Case No. 17-10751
        Debtors.                                                      (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Whitebox Asymmetric Partners, LP** | **Putzmeister America, Inc.** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 2407 |
| | Total Amount of Claim Transferred: USD $5,430.60 |
| 3033 Excelsior Blvd., Ste. 300 Minneapolis, MN 55416 Attn: Scott Specken Telephone: (612) 253-6001 Email: sspecken@whiteboxadvisors.com | Date Claim Filed: August 31, 2017 |

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____                Date: 02/08/2018
    Transferee/Transferee's Agent

MARK M. STREFLING | Partner
Chief Executive Officer
Whitebox Advisors LLC

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751180209000000000037

DocuSign Envelope ID: F7241B37-9286-4786-8EB6-2F1E4A3E7D83

17-10751 Case 1: Doc 2493 56 Filed 02/09/18 en Entered 02/09/18 20:35:49 73 Main Document
Pg 2 of 2
**EXECUTION VERSION**

**Evidence of Transfer of Claim**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 6, 2018 by and among Putzmeister America, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in, or arising under or in connection with, Proof of Claim No. 2402 in the amount of $543,414.69, Proof of Claim No. 2403 in the amount of $544,153.74, and Proof of Claim No. 2407 in the amount of $5,430.60 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6th day of February, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____
EFEC9660E257489...

Name: Mark Strefling

Title: Chief Executive Officer

**PUTZMEISTER AMERICA, INC.**

By: _____

Name: James P Ficareto

Title: SVP & CFO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

**Putzmeister America, Inc.**
Name of Transferor

Court Claim # (if known): 2402

Total Amount of Claim Transferred:
USD $588,699.25

Date Claim Filed: August 31, 2017

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
      Transferee/Transferee's Agent

MARK M. STREFLING | Partner
Chief Executive Officer
Whitebox Advisors LLC

Date: 02/08/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXECUTION VERSION**

## Evidence of Transfer of Claim

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 6, 2018 by and among Putzmeister America, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in, or arising under or in connection with, Proof of Claim No. 2402 in the amount of $588,699.25, Proof of Claim No. 2403 in the amount of $589,499.89, and Proof of Claim No. 2407 in the amount of $5,883.16 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"); the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6th day of February, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**PUTZMEISTER AMERICA, INC.**

By: _____

Name: James P Focareto

Title: SVP & CFO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
  Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Whitebox Multi-Strategy Partners, LP**<br>Name of Transferee | **Putzmeister America, Inc.**<br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 2403 |
| 3033 Excelsior Blvd., Ste. 300<br>Minneapolis, MN 55416<br>Attn: Scott Specken<br>Telephone: (612) 253-6001<br>Email: sspecken@whiteboxadvisors.com | Total Amount of Claim Transferred:<br>USD $589,499.89<br><br>Date Claim Filed: August 31, 2017 |
| Name and Address where transferee payments should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: 02/08/2018
  Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751180209000000000039

**Evidence of Transfer of Claim**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 6, 2018 by and among Putzmeister America, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in, or arising under or in connection with, Proof of Claim No. 2402 in the amount of $588,699.25, Proof of Claim No. 2403 in the amount of $589,499.89, and Proof of Claim No. 2407 in the amount of $5,883.16 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"); the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6th day of February, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____
EFEC9660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

**PUTZMEISTER AMERICA, INC.**

By: _____

Name: JAMES P FOCARETO

Title: SVP&CFO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
          Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**Putzmeister America, Inc.**
Name of Transferor

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Court Claim # (if known): 2407

Total Amount of Claim Transferred:
USD $5,883.16

Date Claim Filed: August 31, 2017

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: 02/08/2018
     Transferee/Transferee's Agent

MARK M. STREFLING | Partner
Chief Executive Officer
Whitebox Advisors LLC

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751180209000000000041

**Evidence of Transfer of Claim**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 6, 2018 by and among Putzmeister America, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in, or arising under or in connection with, Proof of Claim No. 2402 in the amount of $588,699.25, Proof of Claim No. 2403 in the amount of $589,499.89, and Proof of Claim No. 2407 in the amount of $5,883.16 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"); the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6th day of February, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____
EFEC9660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

**PUTZMEISTER AMERICA, INC.**

By: _____

Name: JAMES P FOCARETO

Title: SVP & CFO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

**Putzmeister America, Inc.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): 2402

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $543,414.69

Date Claim Filed: August 31, 2017

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
    Transferee/Transferee's Agent

Date: 02/08/2018

MARK M. STREFLING | Partner
Chief Executive Officer
Whitebox Advisors LLC

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751180209000000000042

DocuSign Envelope ID: F7241B37-9286-4786-8EB6-2F1F4A3E7D83

### Evidence of Transfer of Claim

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 6, 2018 by and among Putzmeister America, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in, or arising under or in connection with, Proof of Claim No. 2402 in the amount of $543,414.69, Proof of Claim No. 2403 in the amount of $544,153.74, and Proof of Claim No. 2407 in the amount of $5,430.60 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6th day of February, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**PUTZMEISTER AMERICA, INC.**

By: _____

Name: James P Ficareto

Title: SVP & CFO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
         Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Whitebox Asymmetric Partners, LP** | **Putzmeister America, Inc.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Court Claim # (if known): 2403

Total Amount of Claim Transferred:
USD $544,153.74

Date Claim Filed: August 31, 2017

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: 02/08/2018
    Transferee/Transferee's Agent
MARK M. STREFLING | Partner
Chief Executive Officer
Whitebox Advisors LLC

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751180209000000000043

DocuSign Envelope ID: F7241B37-9286-4786-8EB6-2F1E4A3E7D83

### Evidence of Transfer of Claim

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 6, 2018 by and among Putzmeister America, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in, or arising under or in connection with, Proof of Claim No. 2402 in the amount of $543,414.69, Proof of Claim No. 2403 in the amount of $544,153.74, and Proof of Claim No. 2407 in the amount of $5,430.60 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6th day of February, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**PUTZMEISTER AMERICA, INC.**

By: _____

Name: James P Ficareto

Title: SVP & CFO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,  Case No. 17-10751
Debtors.  (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Whitebox Asymmetric Partners, LP** | **System One Holdings LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): <u>1945</u>

Total Amount of Claim Transferred:
USD <u>$724,377.49</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Date Claim Filed: <u>August 28, 2017</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By:   Date: <u>02/16/2018</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 15, 2018 by and among System One Holdings LLC ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $724,377.49 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 1945 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code. applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of February, 2018.

WHITEBOX ASYMMETRIC PARTNERS, LP

By: _____
EFEC9660F267489

Name: Mark Strefling

Title: Chief Executive Officer
2/15/2018 | 08:36 PST

SYSTEM ONE HOLDINGS LLC

By: _____

Name: MARK FENSKE

Title: EXECUTIVE VICE PRESIDENT

DocuSign Envelope ID: 0E1672A2-9CCD-4FEZ-8D5A-D41EC0A923BE

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**System One Holdings LLC**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): <u>1945</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD <u>$784,742.28</u>

Date Claim Filed: <u>August 28, 2017</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____,     Date: <u>02/16/2018</u>
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180220000000000022

DocuSign Envelope ID: EEF0FD35-65A9-4043-B68B-9412D13FAF8C

Evidence of Partial Transfer of Claim

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 15, 2018 by and among System One Holdings LLC ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $784,742.28 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 1945 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.   Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of February, 2018.

WHITEBOX MULTI-STRATEGY PARTNERS, LP

By: _____

Name: Mark Strefling

Title: Chief Executive Officer
2/15/2018  |  08:36 PST

SYSTEM ONE HOLDINGS LLC

By: _____

Name:  MARK FENSKE

Title:  EXECUTIVE VICE PRESIDENT

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Whitebox Asymmetric Partners, LP** | **Chromalox, Inc.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Court Claim # (if known): <u>945</u>

Total Amount of Claim Transferred:
USD <u>$362,424.00</u>

Date Claim Filed: <u>July 12, 2017</u>

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
    Transferee/Transferee's Agent
    Mark Strefling
    Partner & CEO

Date: <u>03/5/2018</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180305000000000002

DocuSign Envelope ID: 8D757FEE-2F35-42EA-8350-D0A1BAD8E898

**Evidence of Partial Transfer of Claim**

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 26, 2018 by and among Chromalox, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in, or arising under or in connection with, Proof of Claim No. 945 in the amount of $362,424.00, Proof of Claim No. 1314 in the amount of $3,657.30, Proof of Claim No. 1937 in the amount of $6,000.00, and Proof of Claim No. 3503 in the amount of $125,338.01 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26th day of February 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By:

Name: Mark Strefling

Title: Chief Executive Officer
2/26/2018 | 14:42 PST

**CHROMALOX, INC.**

By:

Name: Craig A. Creaturo

Title: CFO and VP of Administration

DocuSign Envelope ID-92365D7C-ADE4-406D-B8EA-06BEB9982E97

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

**Chromalox, Inc.**
Name of Transferor

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Court Claim # (if known): <u>1314</u>

Total Amount of Claim Transferred:
USD <u>$3,657.30</u>

Date Claim Filed: <u>July 25, 2017</u>

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
    DocuSigned by:
    EFEC9600E2574B9...
    Transferee/Transferee's Agent
    Mark Strefling
    Partner & CEO

Date: <u>03/5/2018</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180305000000000003

## Evidence of Partial Transfer of Claim

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 26, 2018 by and among Chromalox, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in, or arising under or in connection with, Proof of Claim No. 945 in the amount of $362,424.00, Proof of Claim No. 1314 in the amount of $3,657.30, Proof of Claim No. 1937 in the amount of $6,000.00, and Proof of Claim No. 3503 in the amount of $125,338.01 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26th day of February 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer
2/26/2018 | 14:42 PST

**CHROMALOX, INC.**

By: _____

Name: Craig A. Creaturo

Title: CFO and VP of Administration

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
        Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.


**Whitebox Asymmetric Partners, LP**
Name of Transferee

**Chromalox, Inc.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): <u>1937</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD <u>$6,000.00</u>

Date Claim Filed: <u>August 28, 2017</u>

Name and Address where transferee payments
should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
    EFEC9660E2574B9...
    Transferee/Transferee's Agent
    Mark Strefling
    Partner & CEO

Date: <u>03/5/2018</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## Evidence of Partial Transfer of Claim

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 26, 2018 by and among Chromalox, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in, or arising under or in connection with, Proof of Claim No. 945 in the amount of $362,424.00, Proof of Claim No. 1314 in the amount of $3,657.30, Proof of Claim No. 1937 in the amount of $6,000.00, and Proof of Claim No. 3503 in the amount of $125,338.01 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26th day of February 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer
2/26/2018 | 14:42 PST

**CHROMALOX, INC.**

By: _____

Name: Craig A. Creaturo

Title: CFO and VP of Administration

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
        Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

**Chromalox, Inc.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): <u>3503</u>

Total Amount of Claim Transferred:
USD <u>$125,338.01</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Date Claim Filed: <u>February 22, 2018</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
       EFEC9660E2574B9...
      Transferee/Transferee's Agent
      Mark Strefling
      Partner & CEO

Date: <u>03/5/2018</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.



1710751180305000000000005

DocuSign Envelope ID: 8D757FEE-2F35-42EA-8350-D0A1BAD8E898

**Evidence of Partial Transfer of Claim**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 26, 2018 by and among Chromalox, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in, or arising under or in connection with, Proof of Claim No. 945 in the amount of $362,424.00, Proof of Claim No. 1314 in the amount of $3,657.30, Proof of Claim No. 1937 in the amount of $6,000.00, and Proof of Claim No. 3503 in the amount of $125,338.01 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26th day of February 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer
2/26/2018 | 14:42 PST

**CHROMALOX, INC.**

By: _____

Name: Craig A. Creaturo

Title: CFO and VP of Administration

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
    Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**<u>Whitebox Multi-Strategy Partners, LP</u>**
Name of Transferee

**<u>Chromalox, Inc.</u>**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): <u>945</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD <u>$392,626.00</u>

Date Claim Filed: <u>July 12, 2017</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
    Transferee/Transferee's Agent
    Mark Strefling
    Partner & CEO

Date: <u>03/5/2018</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 8D757FEE-2F35-42EA-8350-D0A1BAD8E898

## Evidence of Partial Transfer of Claim

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 26, 2018 by and among Chromalox, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in, or arising under or in connection with, Proof of Claim No. 945 in the amount of $392,626.00, Proof of Claim No. 1314 in the amount of $3,962.07, Proof of Claim No. 1937 in the amount of $6,500.00, and Proof of Claim No. 3503 in the amount of $135,782.85 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26th day of February 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer
2/26/2018 | 14:42 PST

**CHROMALOX, INC.**

By: _____

Name: Craig A. Creaturo

Title: CFO and VP of Administration

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**Chromalox, Inc.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): <u>1314</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD <u>$3,962.07</u>

Date Claim Filed: <u>July 25, 2017</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By:                     Date: <u>03/5/2018</u>
       Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 8D757FEE-2F35-42EA-8350-D0A1BAD8E898

## Evidence of Partial Transfer of Claim

**TO:**     **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 26, 2018 by and among Chromalox, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in, or arising under or in connection with, Proof of Claim No. 945 in the amount of $392,626.00, Proof of Claim No. 1314 in the amount of $3,962.07, Proof of Claim No. 1937 in the amount of $6,500.00, and Proof of Claim No. 3503 in the amount of $135,782.85 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26th day of February 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer
2/26/2018 | 14:42 PST

**CHROMALOX, INC.**

By: _____

Name: Craig A. Creaturo

Title: CFO and VP of Administration

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**Chromalox, Inc.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): <u>1937</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD <u>$6,500.00</u>

Date Claim Filed: <u>August 28, 2017</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____        Date: <u>03/5/2018</u>
    Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751180305000000000007

## Evidence of Partial Transfer of Claim

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 26, 2018 by and among Chromalox, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in, or arising under or in connection with, Proof of Claim No. 945 in the amount of $392,626.00, Proof of Claim No. 1314 in the amount of $3,962.07, Proof of Claim No. 1937 in the amount of $6,500.00, and Proof of Claim No. 3503 in the amount of $135,782.85 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.   Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26th day of February 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

DocuSigned by:

By: _____
     EFEC9060E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer
2/26/2018 | 14:42 PST

**CHROMALOX, INC.**

By: _____

Name: Craig A. Creaturo

Title: CFO and VP of Administration

DocuSign Envelope ID: 92365D7C-ADE4-406D-B8EA-06BEB9982F97

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
    Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**Chromalox, Inc.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): <u>3503</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD <u>$135,752.85</u>

Date Claim Filed: <u>February 22, 2018</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
    Transferee/Transferee's Agent
    Mark Strefling
    Partner & CEO

DocuSigned by:
EFEC9660E2574B9...

Date: <u>03/5/2018</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180305000000000009

## Evidence of Partial Transfer of Claim

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 26, 2018 by and among Chromalox, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in, or arising under or in connection with, Proof of Claim No. 945 in the amount of $392,626.00, Proof of Claim No. 1314 in the amount of $3,962.07, Proof of Claim No. 1937 in the amount of $6,500.00, and Proof of Claim No. 3503 in the amount of $135,782.85 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26th day of February 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____
EFEC9660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer
2/26/2018 | 14:42 PST

**CHROMALOX, INC.**

By: _____

Name: Craig A. Creaturo

Title: CFO and VP of Administration

DocuSign Envelope ID: 8D757FEE-2F35-42EA-8350-D0A1BAD8F898

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
        Debtors.

Case No. 17-10751
(jointly administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

**Research Cottrell Cooling Inc.**
Name of Transferor

Court Claim # (if known): <u>2081</u>

Total Amount of Claim Transferred:
USD <u>$5,792,129.17</u> (does not include any
amount allowed as an administrative expense
claim)

Date Claim Filed: <u>August 30, 2017</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
        EFEC9660E2574B9...
        Transferee/Transferee's Agent
        Mark Strefling
        Partner & CEO

Date: <u>03/06/2018</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.



1710751180306000000000022

DocuSign Envelope ID: 075B548E-A647-4192-AD4B-1AEF6122AF08

**Evidence of Partial Transfer of Claim**

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 20, 2018 by and among Research Cottrell Cooling Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in, or arising under or in connection with, Proofs of Claim Nos. 2081 and 3386 in the amount of $6,226,211.75 and Proof of Claim No. 2593 in the amount of $27,256.39, (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.     Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of February, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer
2/20/2018 | 11:46 PST

**RESEARCH COTTRELL COOLING INC.**

By: _____

Name: W. JOHN BOONE

Title: PRESIDENT
2/20/18

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
Debtors.

Case No. 17-10751
(jointly administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

**Research Cottrell Cooling Inc.**
Name of Transferor

Court Claim # (if known): <u>2593</u>

Total Amount of Claim Transferred:
USD <u>$27,256.39</u> (does not include any
amount allowed as an administrative expense
claim)

Date Claim Filed: <u>August 31, 2017</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____     Date: <u>03/06/2018</u>
       Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.



1710751180306000000000023

**Evidence of Partial Transfer of Claim**

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 20, 2018 by and among Research Cottrell Cooling Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in, or arising under or in connection with, Proofs of Claim Nos. 2081 and 3386 in the amount of $6,226,211.75 and Proof of Claim No. 2593 in the amount of $27,256.39, (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of February, 2018.

WHITEBOX ASYMMETRIC PARTNERS, LP

By: _____

Name: Mark Strefling

Title: Chief Executive Officer
2/20/2018  |  11:46 PST

RESEARCH COTTRELL COOLING INC.

By: _____

Name: W. John Boone

Title: President
2/20/18

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

**Research Cottrell Cooling Inc.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): <u>3386</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD <u>$5,792,129.17</u> (does not include any
amount allowed as an administrative expense
claim)

Date Claim Filed: <u>November 2, 2017</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
     DocuSigned by:
     EFEC9060E2574B9
     Transferee/Transferee's Agent
     Mark Strefling
     Partner & CEO

Date: <u>03/06/2018</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


1710751180306000000000024

**Evidence of Partial Transfer of Claim**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 20, 2018 by and among Research Cottrell Cooling Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in, or arising under or in connection with, Proofs of Claim Nos. 2081 and 3386 in the amount of $6,226,211.75 and Proof of Claim No. 2593 in the amount of $27,256.39, (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.   Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of February, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer
2/20/2018  |  11:46 PST

**RESEARCH COTTRELL COOLING INC.**

By: _____ W. John Boone _____

Name: W. John Boone

Title: President
2/20/18

DocuSign Envelope ID: 564780D2-767C-4F9A-A554-76A27C59C21E
17-10751-mew Doc 2756 Filed 03/06/18 Entered 03/06/18 12:02:18 Main Document Pg 1 of 2

Docket #2747 Date Filed: 03/06/2018

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

**Research Cottrell Cooling Inc.**
Name of Transferor

Court Claim # (if known): <u>2081</u>

Total Amount of Claim Transferred:
USD <u>$6,274,806.60</u> (does not include any
amount allowed as an administrative expense
claim)

Date Claim Filed: <u>August 30, 2017</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
    EFEC9000E2574B9...
    Transferee/Transferee's Agent

    Mark Strefling
    Partner & CEO

Date: <u>03/06/2018</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180306000000000025

DocuSign Envelope ID: 075B548E-A647-4192-AD4B-1AEF6122AF08

**Evidence of Partial Transfer of Claim**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 20, 2018 by and among Research Cottrell Cooling Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in, or arising under or in connection with, Proofs of Claim Nos. 2081 and 3386 in the amount of $6,745,062.72 and Proof of Claim No. 2593 in the amount of $29,527.76, (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of February, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

2/20/2018 | 11:46 PST

**RESEARCH COTTRELL COOLING INC.**

By: _____

Name: W. JOHN BOONE

Title: PRESIDENT

2/20/18

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**Research Cottrell Cooling Inc.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): <u>2593</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD <u>$29,527.76</u> (does not include any
amount allowed as an administrative expense
claim)

Date Claim Filed: <u>August 31, 2017</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: <u>03/06/2018</u>
      Transferee/Transferee's Agent

DocuSigned by:
EFEC9600E2574B9
Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180306000000000026

DocuSign Envelope ID: 075B548E-A647-4192-AD4B-1AEF6122AF08

**Evidence of Partial Transfer of Claim**

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

     For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 20, 2018 by and among Research Cottrell Cooling Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in, or arising under or in connection with, Proofs of Claim Nos. 2081 and 3386 in the amount of $6,745,062.72 and Proof of Claim No. 2593 in the amount of $29,527.76, (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

     Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

     IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of February, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer
2/20/2018 | 11:46 PST

**RESEARCH COTTRELL COOLING INC.**

By: _____

Name: W. JOHN BOONE

Title: PRESIDENT
2/20/18

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,  
      Debtors.

Case No. 17-10751  
(jointly administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**  
Name of Transferee

**Research Cottrell Cooling Inc.**  
Name of Transferor

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300  
Minneapolis, MN 55416  
Attn: Scott Specken  
Telephone: (612) 253-6001  
Email: sspecken@whiteboxadvisors.com

Court Claim # (if known): <u>3386</u>

Total Amount of Claim Transferred:  
USD <u>$6,274,806.60</u> (does not include any amount allowed as an administrative expense claim)

Date Claim Filed: <u>November 2, 2017</u>

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  
    DocuSigned by:  
    EFEC9660E2574B9...  
Transferee/Transferee's Agent

Mark Strefling  
Partner & CEO

Date: <u>03/06/2018</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.



1710751180306000000000027

DocuSign Envelope ID: 075B548E-A647-4192-AD4B-1AEF6122AF08

**Evidence of Partial Transfer of Claim**

**TO:**     **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated February 20, 2018 by and among Research Cottrell Cooling Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in, or arising under or in connection with, Proofs of Claim Nos. 2081 and 3386 in the amount of $6,745,062.72 and Proof of Claim No. 2593 in the amount of $29,527.76, (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of February, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer
2/20/2018 | 11:46 PST

**RESEARCH COTTRELL COOLING INC.**

By: _____

Name: W. JOHN BOONE

Title: PRESIDENT
2/20/18

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

**Intergraph Corporation**
Name of Transferor

Court Claim # (if known): <u>1487</u>

Total Amount of Claim Transferred:
USD $<u>353,974.00</u>

Date Claim Filed: <u>August 8, 2017</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____     Date: <u>03/15/2018</u>
    Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 6FC4BDB7-BC47-4884-9E54-98DA6D7D9AC8

**Evidence of Partial Transfer of Claim**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated March 13, 2018 by and among Intergraph Corporation ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $353,974.00 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Claim 1487 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.    Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13th day of March, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**INTERGRAPH CORPORATION**

By: _____

Name:  Rodney Hyatt

Title:  Sr. Divisional Counsel

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,       Case No. 17-10751
         Debtors.      (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**      **Intergraph Corporation**
Name of Transferee      Name of Transferor

Name and Address where notices to      Court Claim # (if known): <u>1487</u>
transferee should be sent:

3033 Excelsior Blvd., Ste. 300      Total Amount of Claim Transferred:
Minneapolis, MN 55416      USD <u>$383,471.83</u>
Attn: Scott Specken
Telephone: (612) 253-6001      Date Claim Filed: <u>August 8, 2017</u>
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: <u>03/15/2018</u>
     Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 6EC4BDB7-BC47-4884-9E54-98DA6D7D9AC8

**Evidence of Partial Transfer of Claim**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated March 13, 2018, by and among Intergraph Corporation ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $383,471.83 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Claim 1487 (the "Claim") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.   Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13th day of March, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By:

Name: Mark Strefling

Title: Chief Executive Officer


**INTERGRAPH CORPORATION**

By:

Name:  Rodney Hyatt

Title:  Sr. Divisional Counsel

DocuSign Envelope ID: 43473111-104B-4386-8E37-7650E897B680

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
        Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee payments
should be sent (if different from above):

**MSC Industrial Supply Co.**
Name of Transferor

Court Claim # (if known): 720

Total Amount of Claim Transferred:
USD $61,448.67

Date Claim Filed: June 19, 2017

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
    EFEC9660E2574B9...
    Transferee/Transferee's Agent
    Mark Strefling, CEO

Date: 03/16/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751180319000000000014

**Evidence of Partial Transfer of Claim**

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated March 15, 2018 by and among MSC Industrial Supply Co. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 720 in the amount of $61,448.67, Proof of Claim No. 722 in the amount of $135,708.74, Proof of Claim No. 723 in the amount of $9,815.02 and Proof of Claim No. 724 in the amount of $19,052.13 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of March, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MSC INDUSTRIAL SUPPLY CO.**

By: _____

Name: Richard Colefield

Title: Senior Credit Manager

DocuSign Envelope ID: 183EA559-4993-444F-B5A0-7E82FE9F89F5

**Evidence of Partial Transfer of Claim**

**TO:  THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated March 15, 2018 by and among MSC Industrial Supply Co. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 720 in the amount of $61,448.67, Proof of Claim No. 722 in the amount of $135,708.74, Proof of Claim No. 723 in the amount of $9,815.02 and Proof of Claim No. 724 in the amount of $19,052.13 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of March, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MSC INDUSTRIAL SUPPLY CO.**

By: _____

Name: Richard Colefield

Title: Senior Credit Manager

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

**MSC Industrial Supply Co.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): <u>722</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD <u>$135,708.74</u>

Date Claim Filed: <u>June 19, 2017</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
      Transferee/Transferee's Agent

DocuSigned by:
EFEC9660E2574B9...

Mark Strefling, CEO

Date: <u>03/16/2018</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180319000000000015

**Evidence of Partial Transfer of Claim**

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated March 15, 2018 by and among MSC Industrial Supply Co. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 720 in the amount of $61,448.67, Proof of Claim No. 722 in the amount of $135,708.74, Proof of Claim No. 723 in the amount of $9,815.02 and Proof of Claim No. 724 in the amount of $19,052.13 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of March, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MSC INDUSTRIAL SUPPLY CO.**

By: _____

Name: Richard Colefield

Title: Senior Credit Manager

## Evidence of Partial Transfer of Claim

**TO:  THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated March 15, 2018 by and among MSC Industrial Supply Co. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 720 in the amount of $61,448.67, Proof of Claim No. 722 in the amount of $135,708.74, Proof of Claim No. 723 in the amount of $9,815.02 and Proof of Claim No. 724 in the amount of $19,052.13 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of March, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MSC INDUSTRIAL SUPPLY CO.**

By: *Richard Colefield*

Name: Richard Colefield

Title: Senior Credit Manager

DocuSign Envelope ID: 43473111-104B-4386-8E37-7650E897B680

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee payments
should be sent (if different from above):

**MSC Industrial Supply Co.**
Name of Transferor

Court Claim # (if known): 723

Total Amount of Claim Transferred:
USD $9,815.02

Date Claim Filed: June 19, 2017

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____

DocuSigned by:
EFEC9660E2574B9...

Date: 03/16/2018

Transferee/Transferee's Agent
Mark Strefling, CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751180319000000000016

**Evidence of Partial Transfer of Claim**

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated March 15, 2018 by and among MSC Industrial Supply Co. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 720 in the amount of $61,448.67, Proof of Claim No. 722 in the amount of $135,708.74, Proof of Claim No. 723 in the amount of $9,815.02 and Proof of Claim No. 724 in the amount of $19,052.13 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of March, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MSC INDUSTRIAL SUPPLY CO.**

By: _____

Name: Richard Colefield

Title: Senior Credit Manager

## Evidence of Partial Transfer of Claim

**TO:** **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated March 15, 2018 by and among MSC Industrial Supply Co. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 720 in the amount of $61,448.67, Proof of Claim No. 722 in the amount of $135,708.74, Proof of Claim No. 723 in the amount of $9,815.02 and Proof of Claim No. 724 in the amount of $19,052.13 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of March, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MSC INDUSTRIAL SUPPLY CO.**

By: _Richard Colefield_

Name: Richard Colefield

Title: Senior Credit Manager

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,      Case No. 17-10751
        Debtors.                                    (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**        **MSC Industrial Supply Co.**
Name of Transferee                                   Name of Transferor

Name and Address where notices to            Court Claim # (if known): <u>724</u>
transferee should be sent:

3033 Excelsior Blvd., Ste. 300             Total Amount of Claim Transferred:
Minneapolis, MN 55416                       USD <u>$19,052.13</u>
Attn: Scott Specken
Telephone: (612) 253-6001              Date Claim Filed: <u>June 19, 2017</u>
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: <u>03/16/2018</u>
     DocuSigned by:
     EFEC9660E2574B9...
     Transferee/Transferee's Agent
     Mark Strefling, CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180319000000000017

**Evidence of Partial Transfer of Claim**

**TO:      THE DEBTOR AND THE BANKRUPTCY COURT**

      For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated March 15, 2018 by and among MSC Industrial Supply Co. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 720 in the amount of $61,448.67, Proof of Claim No. 722 in the amount of $135,708.74, Proof of Claim No. 723 in the amount of $9,815.02 and Proof of Claim No. 724 in the amount of $19,052.13 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

      Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of March, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____
                         EFEC0660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

**MSC INDUSTRIAL SUPPLY CO.**

By: _____

Name: Richard Colefield

Title: Senior Credit Manager

## Evidence of Partial Transfer of Claim

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated March 15, 2018 by and among MSC Industrial Supply Co. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 720 in the amount of $61,448.67, Proof of Claim No. 722 in the amount of $135,708.74, Proof of Claim No. 723 in the amount of $9,815.02 and Proof of Claim No. 724 in the amount of $19,052.13 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of March, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MSC INDUSTRIAL SUPPLY CO.**

By: _____

Name: Richard Colefield

Title: Senior Credit Manager

DocuSign Envelope ID: 43473111-104B-4386-8E37-7650E897B680

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
     Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

**MSC Industrial Supply Co.**
Name of Transferor

Court Claim # (if known): <u>720</u>

Total Amount of Claim Transferred:
USD <u>$66,569.40</u>

Date Claim Filed: <u>June 19, 2017</u>

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
    Transferee/Transferee's Agent
    Mark Strefling, CEO

DocuSigned by:
EFEC9660E2574B9...

Date: <u>03/16/2018</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180319000000000018

**Evidence of Partial Transfer of Claim**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated March 15, 2018, by and among MSC Industrial Supply Co. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 720 in the amount of $66,569.40, Proof of Claim No. 722 in the amount of $147,017.81, Proof of Claim No. 723 in the amount of $10,632.94 and Proof of Claim No. 724 in the amount of $20,639.80 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.   Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of March, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MSC INDUSTRIAL SUPPLY CO.**

By: _____

Name: Richard Colefield

Title: Senior Credit Manager

**Evidence of Partial Transfer of Claim**

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated March 15, 2018, by and among MSC Industrial Supply Co. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 720 in the amount of $66,569.40, Proof of Claim No. 722 in the amount of $147,017.81, Proof of Claim No. 723 in the amount of $10,632.94 and Proof of Claim No. 724 in the amount of $20,639.80 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of March, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MSC INDUSTRIAL SUPPLY CO.**

By: _Richard Colefield_

Name: Richard Colefield

Title: Senior Credit Manager

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,  Case No. 17-10751
Debtors.  (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Whitebox Multi-Strategy Partners, LP** | **MSC Industrial Supply Co.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to  Court Claim # (if known): 722
transferee should be sent:

3033 Excelsior Blvd., Ste. 300  Total Amount of Claim Transferred:
Minneapolis, MN 55416  USD $147,017.81
Attn: Scott Specken
Telephone: (612) 253-6001  Date Claim Filed: June 19, 2017
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____  Date: 03/16/2018
    EFEC9660E2574B9...
    Transferee/Transferee's Agent
    Mark Strefling, CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180319000000000019

DocuSign Envelope ID: 183EA559-4993-444F-B5A9-7E825E9F89F5

**Evidence of Partial Transfer of Claim**

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated March 15, 2018, by and among MSC Industrial Supply Co. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 720 in the amount of $66,569.40, Proof of Claim No. 722 in the amount of $147,017.81, Proof of Claim No. 723 in the amount of $10,632.94 and Proof of Claim No. 724 in the amount of $20,639.80 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of March, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MSC INDUSTRIAL SUPPLY CO.**

By: _____

Name: Richard Colefield

Title: Senior Credit Manager

**Evidence of Partial Transfer of Claim**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated March 15, 2018, by and among MSC Industrial Supply Co. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 720 in the amount of $66,569.40, Proof of Claim No. 722 in the amount of $147,017.81, Proof of Claim No. 723 in the amount of $10,632.94 and Proof of Claim No. 724 in the amount of $20,639.80 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.    Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of March, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MSC INDUSTRIAL SUPPLY CO.**

By: _Richard Colefield_

Name: Richard Colefield

Title: Senior Credit Manager

DocuSign Envelope ID: 43473111-104B-4386-8E37-7650E897B680
17-10751  Claim 1  Doc 2883  Filed 03/19/11  Docket #2883  Date Filed: 03/19/2018

Pg 1 of 3

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,       Case No. 17-10751
       Debtors.                                        (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**      **MSC Industrial Supply Co.**
Name of Transferee                                Name of Transferor

Name and Address where notices to      Court Claim # (if known): <u>723</u>
transferee should be sent:

3033 Excelsior Blvd., Ste. 300      Total Amount of Claim Transferred:
Minneapolis, MN 55416                USD <u>$10,632.94</u>
Attn: Scott Specken
Telephone: (612) 253-6001      Date Claim Filed: <u>June 19, 2017</u>
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____      Date: <u>03/16/2018</u>
      Transferee/Transferee's Agent
      Mark Strefling, CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751180319000000000020

**Evidence of Partial Transfer of Claim**

TO:    **THE DEBTOR AND THE BANKRUPTCY COURT**

       For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated March 15, 2018, by and among MSC Industrial Supply Co. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 720 in the amount of $66,569.40, Proof of Claim No. 722 in the amount of $147,017.81, Proof of Claim No. 723 in the amount of $10,632.94 and Proof of Claim No. 724 in the amount of $20,639.80 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

       Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

       IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of March, 2018.

                 **WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

                 **MSC INDUSTRIAL SUPPLY CO.**

By: _____

Name: Richard Colefield

Title: Senior Credit Manager

## Evidence of Partial Transfer of Claim

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated March 15, 2018, by and among MSC Industrial Supply Co. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 720 in the amount of $66,569.40, Proof of Claim No. 722 in the amount of $147,017.81, Proof of Claim No. 723 in the amount of $10,632.94 and Proof of Claim No. 724 in the amount of $20,639.80 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.   Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of March, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MSC INDUSTRIAL SUPPLY CO.**

By: _____

Name: Richard Colefield

Title: Senior Credit Manager

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
     Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

**MSC Industrial Supply Co.**
Name of Transferor

Court Claim # (if known): <u>724</u>

Total Amount of Claim Transferred:
USD <u>$20,639.80</u>

Date Claim Filed: <u>June 19, 2017</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
    Transferee/Transferee's Agent
    Mark Strefling, CEO

Date: <u>03/16/2018</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180319000000000022

DocuSign Envelope ID: 183EA559-4993-444F-B5A0-7E82FE9F89F5

**Evidence of Partial Transfer of Claim**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated March 15, 2018, by and among MSC Industrial Supply Co. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 720 in the amount of $66,569.40, Proof of Claim No. 722 in the amount of $147,017.81, Proof of Claim No. 723 in the amount of $10,632.94 and Proof of Claim No. 724 in the amount of $20,639.80 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of March, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MSC INDUSTRIAL SUPPLY CO.**

By: _____

Name: Richard Colefield

Title: Senior Credit Manager

**Evidence of Partial Transfer of Claim**

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated March 15, 2018, by and among MSC Industrial Supply Co. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 720 in the amount of $66,569.40, Proof of Claim No. 722 in the amount of $147,017.81, Proof of Claim No. 723 in the amount of $10,632.94 and Proof of Claim No. 724 in the amount of $20,639.80 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of March, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MSC INDUSTRIAL SUPPLY CO.**

By: _Richard Colefield_

Name: Richard Colefield

Title: Senior Credit Manager

DocuSign Envelope ID: F0BB9166-B9B8-4C63-B972-570C0EE783AD

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,       Case No. 17-10751
     Debtors.       (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**

Name of Transferee

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee payments
should be sent (if different from above):

**Owen Industries, Inc. d/b/a Paxton &
Vierling Steel Co.**
Name of Transferor

Court Claim # (if known): <u>3462 (as modified
and allowed pursuant to the so-ordered
stipulation at Docket No. 3001).</u>

Total Amount of Claim Transferred:
USD <u>$380,083.32</u>

Date Claim Filed: <u>January 18, 2018</u>

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____       Date: <u>04/12/2018</u>
     Transferee/Transferee's Agent
Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751180412000000000006

DocuSign Envelope ID: E1BE392C-E035-4254-B6B8-4CB3511E6C7E

## Evidence of Partial Transfer of Claim

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated April 10, 2018, by and among Owen Industries, Inc. d/b/a Paxton & Vierling Steel Co. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $380,083.32 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Validated General Unsecured Claim, as stipulated in Docket No. 2860 and so ordered in Docket No. 3001 (the "Claim"), against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 10th day of April, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**OWEN INDUSTRIES, INC.**

By: _____

Name: Darren Bennett

Title: Chief Financial Officer and
Vice President of Finance

**Evidence of Partial Transfer of Claim**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated April 10, 2018, by and among Owen Industries, Inc. d/b/a Paxton & Vierling Steel Co. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $380,083.32 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Validated General Unsecured Claim, as stipulated in Docket No. 2860 and so ordered in Docket No. 3001 (the "Claim"), against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.   Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 10th day of April, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**OWEN INDUSTRIES, INC.**

By: _____

Name:  Darren Bennett

Title:    Chief Financial Officer and
          Vice President of Finance

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
        Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**

Name of Transferee

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee payments
should be sent (if different from above):

**Owen Industries, Inc. d/b/a Paxton &
Vierling Steel Co.**
Name of Transferor

Court Claim # (if known): 3462 (as modified
and allowed pursuant to the so-ordered
stipulation at Docket No. 3001).

Total Amount of Claim Transferred:
USD $350,846.14

Date Claim Filed: January 18, 2018

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
    Transferee/Transferee's Agent
    Mark Strefling
    Partner & CEO

Date: 04/12/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated April 10, 2018 by and among Owen Industries, Inc. d/b/a Paxton & Vierling Steel Co. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $350,846.14 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Validated General Unsecured Claim, as stipulated in Docket No. 2860 and so ordered in Docket No. 3001 (the "Claim"), against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 10th day of April, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**OWEN INDUSTRIES, INC.**

By: _____

Name:  Darren Bennett

Title:    Chief Financial Officer and
            Vice President of Finance

**Evidence of Partial Transfer of Claim**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated April 10, 2018 by and among Owen Industries, Inc. d/b/a Paxton & Vierling Steel Co. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $350,846.14 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Validated General Unsecured Claim, as stipulated in Docket No. 2860 and so ordered in Docket No. 3001 (the "Claim"), against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.    Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 10th day of April, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**OWEN INDUSTRIES, INC.**

By: _____

Name:  Darren Bennett

Title:    Chief Financial Officer and
          Vice President of Finance

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**

Name of Transferee

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee payments should be sent (if different from above):

**Jefferies Leveraged Credit Products, LLC.**
Name of Transferor

Court Claim # (if known): 2113 (see initial transfer to transferor at Docket No. 3080).

Total Amount of Claim Transferred:
USD $1,109,642.66

Date Claim Filed: August 30, 2017

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____,
    Transferee/Transferee's Agent
    Mark Strefling
    Partner & CEO

Date: 04/17/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: A745BAA9-38FE-49BC-BE9B-838639A06D09

**Evidence of Partial Transfer of Claim**

**TO:      THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,109,642.66, Proof of Claim No. 2124 in the amount of $81,302.79, Proof of Claim Nos. 2153 and 3577 in the amount of $1,148,584.46, Proof of Claim No. 2391 in the amount of $198,289.08, and Proof of Claim No. 3013 in the amount of $76,985.78.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _____

Name:

Title:

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**Evidence of Partial Transfer of Claim**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,109,642.66, Proof of Claim No. 2124 in the amount of $81,302.79, Proof of Claim Nos. 2153 and 3577 in the amount of $1,148,584.46, Proof of Claim No. 2391 in the amount of $198,289.08, and Proof of Claim No. 3013 in the amount of $76,985.78.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McZl_

Name:

Title:     William P. McLoughlin
           Senior Vice President
           Authorized Signato⸱⸱

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,         Case No. 17-10751
     Debtors.                                        (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**

Name of Transferee

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee payments should be sent (if different from above):

**Jefferies Leveraged Credit Products, LLC.**
Name of Transferor

Court Claim # (if known): 2113 (as transferred pursuant to Docket No. 3080).

Total Amount of Claim Transferred:
USD $1,202,112.88

Date Claim Filed: August 30, 2017

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: 04/17/2018

     Transferee/Transferee's Agent
     Mark Strefling
     Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751180417000000000002

DocuSign Envelope ID: A745BAA9-38FE-49BC-BE9B-838639A06D09

**Evidence of Partial Transfer of Claim**

TO:    **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,202,112.88, Proof of Claim No. 2124 in the amount of $88,078.02, Proof of Claim Nos. 2153 and 3577 in the amount of $1,244,299.84, Proof of Claim No. 2391 in the amount of $214,813.16, and Proof of Claim No. 3013 in the amount of $83,401.27.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _____

Name:

Title:

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**Evidence of Partial Transfer of Claim**

**TO:  THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,202,112.88, Proof of Claim No. 2124 in the amount of $88,078.02, Proof of Claim Nos. 2153 and 3577 in the amount of $1,244,299.84, Proof of Claim No. 2391 in the amount of $214,813.16, and Proof of Claim No. 3013 in the amount of $83,401.27.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLoughlin_

Name:

Title:
William P. McLoughlin
Senior Vice President
Authorized Signatory

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
    Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**

Name of Transferee

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee payments
should be sent (if different from above):

**Jefferies Leveraged Credit Products, LLC.**
Name of Transferor

Court Claim # (if known): 2124 (see initial
transfer to transferor at Docket No. 3081).

Total Amount of Claim Transferred:
USD $81,302.79

Date Claim Filed: August 30, 2017

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____.

Date: 04/17/2018

Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: A745BAA9-38FE-49BC-BE9B-838639A06D09

**Evidence of Partial Transfer of Claim**

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,109,642.66, Proof of Claim No. 2124 in the amount of $81,302.79, Proof of Claim Nos. 2153 and 3577 in the amount of $1,148,584.46, Proof of Claim No. 2391 in the amount of $198,289.08, and Proof of Claim No. 3013 in the amount of $76,985.78.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _____

Name:

Title:

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**Evidence of Partial Transfer of Claim**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,109,642.66, Proof of Claim No. 2124 in the amount of $81,302.79, Proof of Claim Nos. 2153 and 3577 in the amount of $1,148,584.46, Proof of Claim No. 2391 in the amount of $198,289.08, and Proof of Claim No. 3013 in the amount of $76,985.78.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC

By: _____

Name:

Title:       William P. McLoughlin
             Senior Vice President
             Authorized Signator

WHITEBOX ASYMMETRIC PARTNERS, LP

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
         Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**

Name of Transferee

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee payments should be sent (if different from above):

**Jefferies Leveraged Credit Products, LLC.**
Name of Transferor

Court Claim # (if known): 2124 (see initial transfer to transferor at Docket No. 3081).

Total Amount of Claim Transferred:
USD $88,078.02

Date Claim Filed: August 30, 2017

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____,      Date: 04/17/2018
      Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751180417000000000004

DocuSign Envelope ID: A745BAA9-38FE-49BC-BE9B-838639A06D09

**Evidence of Partial Transfer of Claim**

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,202,112.88, Proof of Claim No. 2124 in the amount of $88,078.02, Proof of Claim Nos. 2153 and 3577 in the amount of $1,244,299.84, Proof of Claim No. 2391 in the amount of $214,813.16, and Proof of Claim No. 3013 in the amount of $83,401.27.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _____

Name:

Title:

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**Evidence of Partial Transfer of Claim**

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,202,112.88, Proof of Claim No. 2124 in the amount of $88,078.02, Proof of Claim Nos. 2153 and 3577 in the amount of $1,244,299.84, Proof of Claim No. 2391 in the amount of $214,813.16, and Proof of Claim No. 3013 in the amount of $83,401.27.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC

By: _William P. McLoughlin_

Name:

Title:       William P. McLoughlin
             Senior Vice President
             Authorized Signatory

WHITEBOX MULTI-STRATEGY PARTNERS, LP

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

**Jefferies Leveraged Credit Products, LLC.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): 2153 (see initial
transfer to transferor at Docket No. 3082).

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $1,148,584.46

Name and Address where transferee payments
should be sent (if different from above):

Date Claim Filed: August 30, 2017

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
      Transferee/Transferee's Agent
      Mark Strefling
      Partner & CEO

Date: 04/17/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: A745BAA9-38FE-49BC-BE9B-838639A06D09

## Evidence of Partial Transfer of Claim

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,109,642.66, Proof of Claim No. 2124 in the amount of $81,302.79, Proof of Claim Nos. 2153 and 3577 in the amount of $1,148,584.46, Proof of Claim No. 2391 in the amount of $198,289.08, and Proof of Claim No. 3013 in the amount of $76,985.78.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _____

Name:

Title:


**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**Evidence of Partial Transfer of Claim**

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,109,642.66, Proof of Claim No. 2124 in the amount of $81,302.79, Proof of Claim Nos. 2153 and 3577 in the amount of $1,148,584.46, Proof of Claim No. 2391 in the amount of $198,289.08, and Proof of Claim No. 3013 in the amount of $76,985.78.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC

By: _William P. Mc 21_

Name:

Title:       William P. McLoughlin
             Senior Vice President
             Authorized Signato...

WHITEBOX ASYMMETRIC PARTNERS, LP

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,       Case No. 17-10751
         Debtors.                             (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Whitebox Multi-Strategy Partners, LP** | **Jefferies Leveraged Credit Products, LLC.** |
| | Name of Transferor |
| Name of Transferee | |
| | Court Claim # (if known): 2153 (see initial |
| Name and Address where notices to | transfer to transferor at Docket No. 3082). |
| transferee should be sent: | |
| | |
| 3033 Excelsior Blvd., Ste. 300 | |
| Minneapolis, MN 55416 | |
| Attn: Scott Specken | |
| Telephone: (612) 253-6001 | Total Amount of Claim Transferred: |
| Email: sspecken@whiteboxadvisors.com | USD $1,244,299.84 |
| | |
| Name and Address where transferee payments | |
| should be sent (if different from above): | Date Claim Filed: August 30, 2017 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: 04/17/2018
     Transferee/Transferee's Agent
     Mark Strefling
     Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: A745BAA9-38FE-49BC-BE9B-838639A06D09

**Evidence of Partial Transfer of Claim**

**TO:**     **THE DEBTOR AND THE BANKRUPTCY COURT**

     For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,202,112.88, Proof of Claim No. 2124 in the amount of $88,078.02, Proof of Claim Nos. 2153 and 3577 in the amount of $1,244,299.84, Proof of Claim No. 2391 in the amount of $214,813.16, and Proof of Claim No. 3013 in the amount of $83,401.27.

     Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

     IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

                 **JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

                 By: _____

                 Name:

                 Title:

                 **WHITEBOX MULTI-STRATEGY PARTNERS, LP**

                 DocuSigned by:

                 By: _____
                    EFEC9660E2574B9...

                 Name: Mark Strefling

                 Title: Chief Executive Officer

**Evidence of Partial Transfer of Claim**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,202,112.88, Proof of Claim No. 2124 in the amount of $88,078.02, Proof of Claim Nos. 2153 and 3577 in the amount of $1,244,299.84, Proof of Claim No. 2391 in the amount of $214,813.16, and Proof of Claim No. 3013 in the amount of $83,401.27.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLoughlin_

Name:

Title:    William P. McLoughlin
Senior Vice President
Authorized Signatory

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,  
      Debtors.

Case No. 17-10751  
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**  
Name of Transferee

**Jefferies Leveraged Credit Products, LLC.**  
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>2391 (see initial transfer to transferor at Docket No. 3083).</u>

3033 Excelsior Blvd., Ste. 300  
Minneapolis, MN 55416  
Attn: Scott Specken  
Telephone: (612) 253-6001  
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:  
USD <u>$198,289.08</u>

Name and Address where transferee payments should be sent (if different from above):

Date Claim Filed: <u>August 30, 2017</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  
    Transferee/Transferee's Agent  
    Mark Strefling  
    Partner & CEO

Date: <u>04/17/2018</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: A745BAA9-38FE-49BC-BE9B-838639A06D09

**Evidence of Partial Transfer of Claim**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,109,642.66, Proof of Claim No. 2124 in the amount of $81,302.79, Proof of Claim Nos. 2153 and 3577 in the amount of $1,148,584.46, Proof of Claim No. 2391 in the amount of $198,289.08, and Proof of Claim No. 3013 in the amount of $76,985.78.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _____

Name:

Title:

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**Evidence of Partial Transfer of Claim**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,109,642.66, Proof of Claim No. 2124 in the amount of $81,302.79, Proof of Claim Nos. 2153 and 3577 in the amount of $1,148,584.46, Proof of Claim No. 2391 in the amount of $198,289.08, and Proof of Claim No. 3013 in the amount of $76,985.78.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLaughlin_

Name:

Title:     William P. McLoughlin
           Senior Vice President
           Authorized Signator

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,           Case No. 17-10751
        Debtors.           (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**          **Jefferies Leveraged Credit Products, LLC.**
Name of Transferee                              Name of Transferor

Name and Address where notices to               Court Claim # (if known): <u>2391 (see initial
transferee should be sent:                      transfer to transferor at Docket No. 3083).</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com            Total Amount of Claim Transferred:
                                                USD <u>$214,813.16</u>

Name and Address where transferee payments      Date Claim Filed: <u>August 30, 2017</u>
should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____          Date: <u>04/17/2018</u>
    Transferee/Transferee's Agent
    Mark Strefling
    Partner & CEO


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



¹⁷¹⁰⁷⁵¹¹⁸⁰⁴¹⁷⁰⁰⁰⁰⁰⁰⁰⁰⁰⁰⁸

DocuSign Envelope ID: A745BAA9-38FE-49BC-BE9B-838639A06D09

**Evidence of Partial Transfer of Claim**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,202,112.88, Proof of Claim No. 2124 in the amount of $88,078.02, Proof of Claim Nos. 2153 and 3577 in the amount of $1,244,299.84, Proof of Claim No. 2391 in the amount of $214,813.16, and Proof of Claim No. 3013 in the amount of $83,401.27.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _____

Name:

Title:

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**Evidence of Partial Transfer of Claim**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,202,112.88, Proof of Claim No. 2124 in the amount of $88,078.02, Proof of Claim Nos. 2153 and 3577 in the amount of $1,244,299.84, Proof of Claim No. 2391 in the amount of $214,813.16, and Proof of Claim No. 3013 in the amount of $83,401.27.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC

By: _William P. McLoughlin_

Name:

Title:

William P. McLoughlin
Senior Vice President
Authorized Signatory

WHITEBOX MULTI-STRATEGY PARTNERS, LP

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
Debtors.

Case No. 17-10751
(jointly administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

**Jefferies Leveraged Credit Products, LLC.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): 3013 (see initial
transfer to transferor at Docket No. 3084).

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $76,985.78

Name and Address where transferee payments
should be sent (if different from above):

Date Claim Filed: September 1, 2017

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent
Mark Strefling
Partner & CEO

Date: 04/17/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: A745BAA9-38FE-49BC-BE9B-838639A06D09

## Evidence of Partial Transfer of Claim

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,109,642.66, Proof of Claim No. 2124 in the amount of $81,302.79, Proof of Claim Nos. 2153 and 3577 in the amount of $1,148,584.46, Proof of Claim No. 2391 in the amount of $198,289.08, and Proof of Claim No. 3013 in the amount of $76,985.78.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _____

Name:

Title:

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**Evidence of Partial Transfer of Claim**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,109,642.66, Proof of Claim No. 2124 in the amount of $81,302.79, Proof of Claim Nos. 2153 and 3577 in the amount of $1,148,584.46, Proof of Claim No. 2391 in the amount of $198,289.08, and Proof of Claim No. 3013 in the amount of $76,985.78.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. Mc_____

Name:

Title:        William P. McLoughlin
             Senior Vice President
             Authorized Signatory

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
     Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**Jefferies Leveraged Credit Products, LLC.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): <u>3013 (see initial
transfer to transferor at Docket No. 3084).</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD <u>$83,401.27</u>

Name and Address where transferee payments
should be sent (if different from above):

Date Claim Filed: <u>September 1, 2017</u>

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
    Transferee/Transferee's Agent
    Mark Strefling
    Partner & CEO

Date: <u>04/17/2018</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180417000000000011

DocuSign Envelope ID: A745BAA9-38FE-49BC-BE9B-838639A06D09

**Evidence of Partial Transfer of Claim**

**TO:**    **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,202,112.88, Proof of Claim No. 2124 in the amount of $88,078.02, Proof of Claim Nos. 2153 and 3577 in the amount of $1,244,299.84, Proof of Claim No. 2391 in the amount of $214,813.16, and Proof of Claim No. 3013 in the amount of $83,401.27.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _____

Name:

Title:


**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**Evidence of Partial Transfer of Claim**

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,202,112.88, Proof of Claim No. 2124 in the amount of $88,078.02, Proof of Claim Nos. 2153 and 3577 in the amount of $1,244,299.84, Proof of Claim No. 2391 in the amount of $214,813.16, and Proof of Claim No. 3013 in the amount of $83,401.27.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC

By: _William P. McLoughlin_

Name:

Title:        William P. McLoughlin
              Senior Vice President
              Authorized Signatory

WHITEBOX MULTI-STRATEGY PARTNERS, LP

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Whitebox Asymmetric Partners, LP** | **Jefferies Leveraged Credit Products, LLC.** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 3577 (see initial transfer to transferor at Docket No. 3085). |
| 3033 Excelsior Blvd., Ste. 300 Minneapolis, MN 55416 Attn: Scott Specken Telephone: (612) 253-6001 Email: sspecken@whiteboxadvisors.com | Total Amount of Claim Transferred: USD $1,148,584.46 |
| Name and Address where transferee payments should be sent (if different from above): | Date Claim Filed: March 28, 2018 |

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent
Mark Strefling
Partner & CEO

Date: 04/17/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: A745BAA9-38FE-49BC-BE9B-838639A06D09

### Evidence of Partial Transfer of Claim

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,109,642.66, Proof of Claim No. 2124 in the amount of $81,302.79, Proof of Claim Nos. 2153 and 3577 in the amount of $1,148,584.46, Proof of Claim No. 2391 in the amount of $198,289.08, and Proof of Claim No. 3013 in the amount of $76,985.78.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _____

Name:

Title:

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**Evidence of Partial Transfer of Claim**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,109,642.66, Proof of Claim No. 2124 in the amount of $81,302.79, Proof of Claim Nos. 2153 and 3577 in the amount of $1,148,584.46, Proof of Claim No. 2391 in the amount of $198,289.08, and Proof of Claim No. 3013 in the amount of $76,985.78.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McL___

Name:

Title:        William P. McLoughlin
              Senior Vice President
              Authorized Signator

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**Jefferies Leveraged Credit Products, LLC.**
Name of Transferor

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Court Claim # (if known): 3577 (see initial transfer to transferor at Docket No. 3085).

Total Amount of Claim Transferred:
USD $1,244,299.84

Name and Address where transferee payments should be sent (if different from above):

Date Claim Filed: March 28, 2018

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent
Mark Strefling
Partner & CEO

Date: 04/17/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: A745BAA9-38FE-49BC-BE9B-838639A06D09

**Evidence of Partial Transfer of Claim**

**TO:** **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,202,112.88, Proof of Claim No. 2124 in the amount of $88,078.02, Proof of Claim Nos. 2153 and 3577 in the amount of $1,244,299.84, Proof of Claim No. 2391 in the amount of $214,813.16, and Proof of Claim No. 3013 in the amount of $83,401.27.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _____

Name:

Title:

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**Evidence of Partial Transfer of Claim**

TO:   **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,202,112.88, Proof of Claim No. 2124 in the amount of $88,078.02, Proof of Claim Nos. 2153 and 3577 in the amount of $1,244,299.84, Proof of Claim No. 2391 in the amount of $214,813.16, and Proof of Claim No. 3013 in the amount of $83,401.27.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McL___

Name:
            William P. McLoughlin
Title:       Senior Vice President
            Authorized Signatory

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,       Case No. 17-10751
       Debtors.              (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Whitebox Asymmetric Partners, LP** | **Jefferies Leveraged Credit Products, LLC.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 3578 (see initial transfer to transferor at Docket No. 3086).

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $1,109,642.66

Name and Address where transferee payments should be sent (if different from above):

Date Claim Filed: March 28, 2018

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:              Date: 04/17/2018
    Transferee/Transferee's Agent
Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751180417000000000014

DocuSign Envelope ID: A745BAA9-38FE-49BC-BE9B-838639A06D09

## Evidence of Partial Transfer of Claim

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,109,642.66, Proof of Claim No. 2124 in the amount of $81,302.79, Proof of Claim Nos. 2153 and 3577 in the amount of $1,148,584.46, Proof of Claim No. 2391 in the amount of $198,289.08, and Proof of Claim No. 3013 in the amount of $76,985.78.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _____

Name:

Title:

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**Evidence of Partial Transfer of Claim**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,109,642.66, Proof of Claim No. 2124 in the amount of $81,302.79, Proof of Claim Nos. 2153 and 3577 in the amount of $1,148,584.46, Proof of Claim No. 2391 in the amount of $198,289.08, and Proof of Claim No. 3013 in the amount of $76,985.78.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLoughlin_

Name:

Title:      William P. McLoughlin
            Senior Vice President
            Authorized Signato

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,       Case No. 17-10751
        Debtors.                             (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Whitebox Multi-Strategy Partners, LP** | **Jefferies Leveraged Credit Products, LLC.** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>3578 (see initial transfer to transferor at Docket No. 3086).</u> |
| 3033 Excelsior Blvd., Ste. 300 <br> Minneapolis, MN 55416 <br> Attn: Scott Specken <br> Telephone: (612) 253-6001 <br> Email: sspecken@whiteboxadvisors.com | Total Amount of Claim Transferred: <br> USD <u>$1,202,112.88</u> |
| Name and Address where transferee payments should be sent (if different from above): | Date Claim Filed: <u>March 28, 2018</u> |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____           Date: <u>04/17/2018</u>
      Transferee/Transferee's Agent
      Mark Strefling
      Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: A745BAA9-38FE-49BC-BE9B-838639A06D09

**Evidence of Partial Transfer of Claim**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,202,112.88, Proof of Claim No. 2124 in the amount of $88,078.02, Proof of Claim Nos. 2153 and 3577 in the amount of $1,244,299.84, Proof of Claim No. 2391 in the amount of $214,813.16, and Proof of Claim No. 3013 in the amount of $83,401.27.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _____

Name:

Title:

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**Evidence of Partial Transfer of Claim**

**TO:   THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim Nos. 2113 and 3578 in the amount of $1,202,112.88, Proof of Claim No. 2124 in the amount of $88,078.02, Proof of Claim Nos. 2153 and 3577 in the amount of $1,244,299.84, Proof of Claim No. 2391 in the amount of $214,813.16, and Proof of Claim No. 3013 in the amount of $83,401.27.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of April, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLoughlin_

Name:

Title:
  William P. McLoughlin
  Senior Vice President
  Authorized Signatory

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
     Debtors.

Case No. 17-10751
(jointly administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**

Name of Transferee

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

**Mammoet USA North, Inc.**

Name of Transferor

Court Claim # (if known): 815

Total Amount of Claim Transferred:
USD $600,744.78

Date Claim Filed: June 30, 2017

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
    Transferee/Transferee's Agent
    Mark Strefling
    Partner & CEO

Date: 04/19/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180419000000000008

**Evidence of Partial Transfer of Claim**

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated April 16, 2018 by and among Mammoet USA North, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $600,744.78 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with both Proof of Claim No. 815 and Proof of Claim No. 946 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 16th day of April, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MAMMOET USA NORTH, INC.**

By: _____

Name: Barbara Hensley

Title: CFO

## Evidence of Partial Transfer of Claim

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated April **16**, 2018 by and among Mammoet USA North, Inc. ("<u>Assignor</u>") and Whitebox Asymmetric Partners, LP ("<u>Assignee</u>"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $600,744.78 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with both Proof of Claim No. 815 and Proof of Claim No. 946 (collectively, the "<u>Claims</u>") filed against Westinghouse Electric Company LLC, et al. (the "<u>Debtor</u>"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.   Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this **16th** day of April, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MAMMOET USA NORTH, INC.**

By: _____

Name: Barbara Hensley

Title: CFO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,                Case No. 17-10751
          Debtors.                                                                                      (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**          **Mammoet USA North, Inc.**
                                                                                       Name of Transferor
Name of Transferee
                                                                                       Court Claim # (if known): <u>815</u>
Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416                               Total Amount of Claim Transferred:
Attn: Scott Specken                                    USD <u>$650,806.84</u>
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com      Date Claim Filed: <u>June 30, 2017</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____          Date: <u>04/19/2018</u>
      Transferee/Transferee's Agent
      Mark Strefling
      Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: AB542C69-F3D8-4090-9F95-D6538A4323EA

**Evidence of Partial Transfer of Claim**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

      For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated April 16, 2018, by and among Mammoet USA North, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $650,806.84 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with both Proof of Claim No. 815 and Proof of Claim No. 946 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

      Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 16th day of April, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MAMMOET USA NORTH, INC.**

By: _____

Name: Barbara Hensley

Title: CFO

**Evidence of Partial Transfer of Claim**

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated April 16, 2018, by and among Mammoet USA North, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $650,806.84 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with both Proof of Claim No. 815 and Proof of Claim No. 946 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 16th day of April, 2018.

WHITEBOX MULTI-STRATEGY PARTNERS, LP

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

MAMMOET USA NORTH, INC.

By: _Barbara Hensley_

Name: Barbara Hensley

Title: CFO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
          Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**

Name of Transferee

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

**Mammoet USA North, Inc.**

Name of Transferor

Court Claim # (if known): 946

Total Amount of Claim Transferred:
USD $600,744.78

Date Claim Filed: July 13, 2017

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
          Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

Date: 04/19/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: AB542C69-F3D8-4090-9F95-D6538A4323EA

**Evidence of Partial Transfer of Claim**

**TO:  THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated April 16, 2018 by and among Mammoet USA North, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $600,744.78 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with both Proof of Claim No. 815 and Proof of Claim No. 946 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 16th day of April, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MAMMOET USA NORTH, INC.**

By: _____

Name: Barbara Hensley

Title: CFO

**Evidence of Partial Transfer of Claim**

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated April **16**, 2018 by and among Mammoet USA North, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $600,744.78 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with both Proof of Claim No. 815 and Proof of Claim No. 946 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this **16th** day of April, 2018.

WHITEBOX ASYMMETRIC PARTNERS, LP

By: _____

Name: Mark Strefling

Title: Chief Executive Officer


MAMMOET USA NORTH, INC.

By: _____

Name: Barbara Hensley

Title: CFO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
               Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**Mammoet USA North, Inc.**
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 946

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $650,806.84

Date Claim Filed: July 13, 2017

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
      Transferee/Transferee's Agent
Mark Strefling
Partner & CEO

Date: 04/19/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: AB542C69-F3D8-4090-9595-D6538A4323EA

**Evidence of Partial Transfer of Claim**

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated April 16, 2018, by and among Mammoet USA North, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $650,806.84 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with both Proof of Claim No. 815 and Proof of Claim No. 946 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 16th day of April, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**MAMMOET USA NORTH, INC.**

By: _____

Name: Barbara Hensley

Title: CFO

**Evidence of Partial Transfer of Claim**

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated April 16 2018, by and among Mammoet USA North, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee $650,806.84 of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with both Proof of Claim No. 815 and Proof of Claim No. 946 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 16th day of April, 2018.

WHITEBOX MULTI-STRATEGY PARTNERS, LP

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

MAMMOET USA NORTH, INC.

By: _____

Name: Barbara Hensley

Title: CFO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,       Case No. 17-10751
Debtors.       (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**       **Jefferies Leveraged Credit Products, LLC.**
Name of Transferee       Name of Transferor

Name and Address where notices to       Court Claim # (if known): 2435 (see initial
transferee should be sent:       transfer to transferor at Docket No. 3306).

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com       Total Amount of Claim Transferred:
USD $20,846.77

Name and Address where transferee payments       Date Claim Filed: August 31, 2017
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____       Date: 05/30/2018
Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751180531000000000019

24764609.1

## Evidence of Partial Transfer of Claim

**TO:**    **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $1,230,025.76, Proof of Claim No. 3378 in the amount of $1,444,541.13, Proof of Claim No. 3575 in the amount of $1,486,562.36, Proof of Claim No. 3600 in the amount of $1,486,562.36, Proof of Claim No. 2435 in the amount of $20,846.77, Proof of Claim No. 3379 in the amount of $10,032.80, Proof of Claim No. 3521 in the amount of $135,664.04, and Proof of Claim No. 3574 in the amount of $115,749.74.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P McLoughlin_

Name:

Title:    **William P. McLoughlin**
**Senior Vice President**
**Authorized Signatory**

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: Whitebox Advisors LLC its Investment Manager

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,  Case No. 17-10751
 Debtors.  (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**  **Jefferies Leveraged Credit Products, LLC.**
Name of Transferee  Name of Transferor

Name and Address where notices to  Court Claim # (if known): 2437 (see initial
transferee should be sent:  transfer to transferor at Docket No. 3307).

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com  Total Amount of Claim Transferred:
 USD $1,230,025.76

Name and Address where transferee payments  Date Claim Filed: August 31, 2017
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 05/30/2018
 Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

24764609.1

**Evidence of Partial Transfer of Claim**

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $1,230,025.76, Proof of Claim No. 3378 in the amount of $1,444,541.13, Proof of Claim No. 3575 in the amount of $1,486,562.36, Proof of Claim No. 3600 in the amount of $1,486,562.36, Proof of Claim No. 2435 in the amount of $20,846.77, Proof of Claim No. 3379 in the amount of $10,032.80, Proof of Claim No. 3521 in the amount of $135,664.04, and Proof of Claim No. 3574 in the amount of $115,749.74.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLoughlin_

Name:

Title:    **William P. McLoughlin**
          **Senior Vice President**
          **Authorized Signatory**

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: Whitebox Advisors LLC its Investment Manager

By: _____
    EFEC9660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

DocuSign Envelope ID: 7B5D216F-3EFA-4E9E-AE91-E59D312FEEB0

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,     Case No. 17-10751
        Debtors.                                     (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**       **Jefferies Leveraged Credit Products, LLC.**
Name of Transferee                                   Name of Transferor

Name and Address where notices to       Court Claim # (if known): <u>3378 (see initial</u>
transferee should be sent:                         <u>transfer to transferor at Docket No. 3309).</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com       Total Amount of Claim Transferred:
                                                  USD <u>$1,444,541.13</u>

Name and Address where transferee payments
should be sent (if different from above):       Date Claim Filed: <u>October 16, 2017</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____       Date: <u>05/30/2018</u>
        Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

24764609.1

**Evidence of Partial Transfer of Claim**

**TO:      THE DEBTOR AND THE BANKRUPTCY COURT**

      For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $1,230,025.76, Proof of Claim No. 3378 in the amount of $1,444,541.13, Proof of Claim No. 3575 in the amount of $1,486,562.36, Proof of Claim No. 3600 in the amount of $1,486,562.36, Proof of Claim No. 2435 in the amount of $20,846.77, Proof of Claim No. 3379 in the amount of $10,032.80, Proof of Claim No. 3521 in the amount of $135,664.04, and Proof of Claim No. 3574 in the amount of $115,749.74.

      Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

               **JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

               By: _William P McTowl_

               Name:

                   **William P. McLoughlin**
               Title:      **Senior Vice President**
                   **Authorized Signatory**

               **WHITEBOX ASYMMETRIC PARTNERS, LP**

               By: Whitebox Advisors LLC its Investment Manager

               By: _____
                 EFEC9660E2574B9...

               Name: Mark Strefling

               Title: Chief Executive Officer

DocuSign Envelope ID: 7B5D216F-3EFA-4E9E-AE91-E59D312FEEB0

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,     Case No. 17-10751
     Debtors.                                     (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Whitebox Asymmetric Partners, LP** | **Jefferies Leveraged Credit Products, LLC.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 3379 (see initial transfer to transferor at Docket No. 3310).

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $10,032.80

Name and Address where transferee payments should be sent (if different from above):

Date Claim Filed: October 16, 2017

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 05/30/2018
     Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 19C2C0DB-56B1-44A3-83D0-0929881092B5

24764609.1

**Evidence of Partial Transfer of Claim**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

   For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $1,230,025.76, Proof of Claim No. 3378 in the amount of $1,444,541.13, Proof of Claim No. 3575 in the amount of $1,486,562.36, Proof of Claim No. 3600 in the amount of $1,486,562.36, Proof of Claim No. 2435 in the amount of $20,846.77, Proof of Claim No. 3379 in the amount of $10,032.80, Proof of Claim No. 3521 in the amount of $135,664.04, and Proof of Claim No. 3574 in the amount of $115,749.74.

   Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

   IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

                              **JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

                              By: _William P. McLoughlin_

                              Name:
                                      **William P. McLoughlin**
                              Title:       **Senior Vice President**
                                      **Authorized Signatory**

                              **WHITEBOX ASYMMETRIC PARTNERS, LP**
                              By: Whitebox Advisors LLC its Investment Manager

                              By: _____
                                   EFEC9660E2574B9...

                              Name: Mark Strefling

                              Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,   Case No. 17-10751
                      Debtors.   (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee payments
should be sent (if different from above):

**Jefferies Leveraged Credit Products, LLC.**
Name of Transferor

Court Claim # (if known): 3521 (see initial
transfer to transferor at Docket No. 3311).

Total Amount of Claim Transferred:
USD $135,664.04

Date Claim Filed: March 5, 2018

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 05/30/2018
    Transferee/Transferee's Agent
    Mark Strefling
    Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

24764609.1

**Evidence of Partial Transfer of Claim**

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

        For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $1,230,025.76, Proof of Claim No. 3378 in the amount of $1,444,541.13, Proof of Claim No. 3575 in the amount of $1,486,562.36, Proof of Claim No. 3600 in the amount of $1,486,562.36, Proof of Claim No. 2435 in the amount of $20,846.77, Proof of Claim No. 3379 in the amount of $10,032.80, Proof of Claim No. 3521 in the amount of $135,664.04, and Proof of Claim No. 3574 in the amount of $115,749.74.

        Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

        IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

                                        **JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

                                        By: _William P. McLoughlin_

                                        Name:
                                                **William P. McLoughlin**
                                        Title:      **Senior Vice President**
                                                **Authorized Signatory**


                                        **WHITEBOX ASYMMETRIC PARTNERS, LP**

                                        By: Whitebox Advisors LLC its Investment Manager

                                        By: _____
                                            EFEC9660E2574B9...

                                        Name: Mark Strefling

                                        Title: Chief Executive Officer

DocuSign Envelope ID: 7B5D216F-3EFA-4E9E-A591-E59D312FEFB0

B 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
        Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee

**Jefferies Leveraged Credit Products, LLC.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): 3574 (see initial
transfer to transferor at Docket No. 3312).

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $115,749.74
Date Claim Filed: March 27, 2018

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: 05/30/2018
     Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

24764609.1

## Evidence of Partial Transfer of Claim

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $1,230,025.76, Proof of Claim No. 3378 in the amount of $1,444,541.13, Proof of Claim No. 3575 in the amount of $1,486,562.36, Proof of Claim No. 3600 in the amount of $1,486,562.36, Proof of Claim No. 2435 in the amount of $20,846.77, Proof of Claim No. 3379 in the amount of $10,032.80, Proof of Claim No. 3521 in the amount of $135,664.04, and Proof of Claim No. 3574 in the amount of $115,749.74.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P McLoughlin_

Name:

Title:     **William P. McLoughlin**
           **Senior Vice President**
           **Authorized Signatory**

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: Whitebox Advisors LLC its Investment Manager

By: _[DocuSigned signature]_
EFEC9660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,  Case No. 17-10751
          Debtors.  (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP** | **Jefferies Leveraged Credit Products, LLC.**
Name of Transferee | Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 3575 (see initial transfer to transferor at Docket No. 3313).

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $1,486,562.36

Name and Address where transferee payments should be sent (if different from above):

Date Claim Filed: March 27, 2018

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 05/30/2018
    Transferee/Transferee's Agent
    Mark Strefling
    Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180531000000000025

24764609.1

**Evidence of Partial Transfer of Claim**

**TO:**    **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $1,230,025.76, Proof of Claim No. 3378 in the amount of $1,444,541.13, Proof of Claim No. 3575 in the amount of $1,486,562.36, Proof of Claim No. 3600 in the amount of $1,486,562.36, Proof of Claim No. 2435 in the amount of $20,846.77, Proof of Claim No. 3379 in the amount of $10,032.80, Proof of Claim No. 3521 in the amount of $135,664.04, and Proof of Claim No. 3574 in the amount of $115,749.74.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this <u>24th</u> day of May, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLoughlin_

Name:

Title:    **William P. McLoughlin**
**Senior Vice President**
**Authorized Signatory**

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: Whitebox Advisors LLC its Investment Manager

By: _____
EFEC9660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

NY 77029707v3
05/24/2018 12:50 AM

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,  Case No. 17-10751
Debtors. (jointly administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Whitebox Asymmetric Partners, LP** | **Jefferies Leveraged Credit Products, LLC.** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 3600 (see initial transfer to transferor at Docket No. 3314). |
| | |
| 3033 Excelsior Blvd., Ste. 300 | |
| Minneapolis, MN 55416 | |
| Attn: Scott Specken | |
| Telephone: (612) 253-6001 | |
| Email: sspecken@whiteboxadvisors.com | Total Amount of Claim Transferred: USD $1,486,562.36 |
| | |
| Name and Address where transferee payments should be sent (if different from above): | Date Claim Filed: April 24, 2018 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 05/30/2018
Transferee/Transferee's Agent
Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 19C2C0DB-56B1-44A3-83D0-092988109285

24764609.1

## Evidence of Partial Transfer of Claim

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Asymmetric Partners, LP ("Purchaser") a portion of its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proof of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $1,230,025.76, Proof of Claim No. 3378 in the amount of $1,444,541.13, Proof of Claim No. 3575 in the amount of $1,486,562.36, Proof of Claim No. 3600 in the amount of $1,486,562.36, Proof of Claim No. 2435 in the amount of $20,846.77, Proof of Claim No. 3379 in the amount of $10,032.80, Proof of Claim No. 3521 in the amount of $135,664.04, and Proof of Claim No. 3574 in the amount of $115,749.74.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P McLoughlin_

Name:    **William P. McLoughlin**
Title:    **Senior Vice President**
         **Authorized Signatory**

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: Whitebox Advisors LLC its Investment Manager

By: _____
EFEC9660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,          Case No. 17-10751
    Debtors.          (jointly administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Caja Blanca Fund, LP**       **Jefferies Leveraged Credit Products, LLC.**
Name of Transferee       Name of Transferor

Name and Address where notices to       Court Claim # (if known): <u>2435 (see initial
transferee should be sent:       transfer to transferor at Docket No. 3306).</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com       Total Amount of Claim Transferred:
USD <u>$14,431.41</u>

Name and Address where transferee payments       Date Claim Filed: <u>August 31, 2017</u>
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____       Date: <u>05/30/2018</u>
    Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180531000000000027

24764609.1

**TO:      THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Caja Blanca Fund, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $851,499.30, Proof of Claim No. 3378 in the amount of $1,000,000.00, Proof of Claim No. 3575 in the amount of $1,029,089.67, Proof of Claim No. 3600 in the amount of $1,029,089.67, Proof of Claim No. 2435 in the amount of $14,431.41, Proof of Claim No. 3379 in the amount of $6,945.32, Proof of Claim No. 3521 in the amount of $93,914.97, and Proof of Claim No. 3574 in the amount of $80,129.07.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLoughlin_

Name:

Title:      **William P. McLoughlin**
            **Senior Vice President**
            **Authorized Signatory**

**WHITEBOX CAJA BLANCA FUND, LP**
By: Whitebox Caja Blanca GP LLC its General Partner
By: Whitebox Advisors LLC its Investment Manager

By: _____
      EFEC9660E257489...

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,  Case No. 17-10751
         Debtors.                                         (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Whitebox Caja Blanca Fund, LP** | **Jefferies Leveraged Credit Products, LLC.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to          Court Claim # (if known): <u>2437 (see initial
transferee should be sent:                 transfer to transferor at Docket No. 3307).</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com        Total Amount of Claim Transferred:
                                            USD <u>$851,499.30</u>

Name and Address where transferee payments  Date Claim Filed: <u>August 31, 2017</u>
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____          Date: <u>05/30/2018</u>
    Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

24764609.1

**TO:** **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Caja Blanca Fund, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $851,499.30, Proof of Claim No. 3378 in the amount of $1,000,000.00, Proof of Claim No. 3575 in the amount of $1,029,089.67, Proof of Claim No. 3600 in the amount of $1,029,089.67, Proof of Claim No. 2435 in the amount of $14,431.41, Proof of Claim No. 3379 in the amount of $6,945.32, Proof of Claim No. 3521 in the amount of $93,914.97, and Proof of Claim No. 3574 in the amount of $80,129.07.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC

By: _William P. McLoughlin_

Name:

Title: William P. McLoughlin
Senior Vice President
Authorized Signatory

WHITEBOX CAJA BLANCA FUND, LP
By: Whitebox Caja Blanca GP LLC its General Partner
By: Whitebox Advisors LLC its Investment Manager

By: _____
EFEC9660E257489...

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Caja Blanca Fund, LP**
Name of Transferee

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee payments
should be sent (if different from above):

**Jefferies Leveraged Credit Products, LLC.**
Name of Transferor

Court Claim # (if known): 3378 (see initial
transfer to transferor at Docket No. 3309).

Total Amount of Claim Transferred:
USD $1,000,000.00

Date Claim Filed: October 16, 2017

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____      Date: 05/30/2018
    Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

24764609.1

**TO:      THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Caja Blanca Fund, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $851,499.30, Proof of Claim No. 3378 in the amount of $1,000,000.00, Proof of Claim No. 3575 in the amount of $1,029,089.67, Proof of Claim No. 3600 in the amount of $1,029,089.67, Proof of Claim No. 2435 in the amount of $14,431.41, Proof of Claim No. 3379 in the amount of $6,945.32, Proof of Claim No. 3521 in the amount of $93,914.97, and Proof of Claim No. 3574 in the amount of $80,129.07.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC

By: _____

Name:

Title:        William P. McLoughlin
              Senior Vice President
              Authorized Signatory

WHITEBOX CAJA BLANCA FUND, LP
By: Whitebox Caja Blanca GP LLC its General Partner
By: Whitebox Advisors LLC its Investment Manager

By: _____
    EFEC9660E257489...

Name: Mark Strefling

Title: Chief Executive Officer

NY 77029707v3
05/24/2018 12:50 AM

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Caja Blanca Fund, LP**
Name of Transferee

**Jefferies Leveraged Credit Products, LLC.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): 3379 (see initial
transfer to transferor at Docket No. 3310).

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $6,945.32

Name and Address where transferee payments
should be sent (if different from above):

Date Claim Filed: October 16, 2017

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____       Date: 05/30/2018
Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180531000000000030

24764609.1

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Caja Blanca Fund, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $851,499.30, Proof of Claim No. 3378 in the amount of $1,000,000.00, Proof of Claim No. 3575 in the amount of $1,029,089.67, Proof of Claim No. 3600 in the amount of $1,029,089.67, Proof of Claim No. 2435 in the amount of $14,431.41, Proof of Claim No. 3379 in the amount of $6,945.32, Proof of Claim No. 3521 in the amount of $93,914.97, and Proof of Claim No. 3574 in the amount of $80,129.07.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLoughlin_

Name:

Title:      **William P. McLoughlin**
            **Senior Vice President**
            **Authorized Signatory**

**WHITEBOX CAJA BLANCA FUND, LP**
By: Whitebox Caja Blanca GP LLC its General Partner
By: Whitebox Advisors LLC its Investment Manager

By: _____
        EFEC960E257489...

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,                    Case No. 17-10751
        Debtors.                                                                 (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Caja Blanca Fund, LP**                     **Jefferies Leveraged Credit Products, LLC.**
Name of Transferee                                                 Name of Transferor

Name and Address where notices to                   Court Claim # (if known): 3521 (see initial
transferee should be sent:                                   transfer to transferor at Docket No. 3311).

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com          Total Amount of Claim Transferred:
                                                                       USD $93,914.97

Name and Address where transferee payments
should be sent (if different from above):             Date Claim Filed: March 5, 2018

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____                    Date: 05/30/2018
    Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

24764609.1

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Caja Blanca Fund, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $851,499.30, Proof of Claim No. 3378 in the amount of $1,000,000.00, Proof of Claim No. 3575 in the amount of $1,029,089.67, Proof of Claim No. 3600 in the amount of $1,029,089.67, Proof of Claim No. 2435 in the amount of $14,431.41, Proof of Claim No. 3379 in the amount of $6,945.32, Proof of Claim No. 3521 in the amount of $93,914.97, and Proof of Claim No. 3574 in the amount of $80,129.07.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLoughlin_

Name:

Title:     **William P. McLoughlin**
           **Senior Vice President**
           **Authorized Signatory**

**WHITEBOX CAJA BLANCA FUND, LP**
By: Whitebox Caja Blanca GP LLC its General Partner
By: Whitebox Advisors LLC its Investment Manager

By: _____
       EFEC9660E257489...

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,                  Case No. 17-10751
Debtors.                                                                                   (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Caja Blanca Fund, LP**                    **Jefferies Leveraged Credit Products, LLC.**
Name of Transferee                                              Name of Transferor

Name and Address where notices to                   Court Claim # (if known): 3574 (see initial
transferee should be sent:                                   transfer to transferor at Docket No. 3312).

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com          Total Amount of Claim Transferred:
                                                                       USD $80,129.07

Name and Address where transferee payments
should be sent (if different from above):              Date Claim Filed: March 27, 2018


I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____                   Date: 05/30/2018
        Transferee/Transferee's Agent

Mark Strefling
Partner & CEO


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 49C2C0DB-56B1-44A3-83D0-092988109285

24764609.1

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Caja Blanca Fund, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $851,499.30, Proof of Claim No. 3378 in the amount of $1,000,000.00, Proof of Claim No. 3575 in the amount of $1,029,089.67, Proof of Claim No. 3600 in the amount of $1,029,089.67, Proof of Claim No. 2435 in the amount of $14,431.41, Proof of Claim No. 3379 in the amount of $6,945.32, Proof of Claim No. 3521 in the amount of $93,914.97, and Proof of Claim No. 3574 in the amount of $80,129.07.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLoughlin_

Name:

Title:     **William P. McLoughlin
Senior Vice President
Authorized Signatory**

**WHITEBOX CAJA BLANCA FUND, LP**
By: Whitebox Caja Blanca GP LLC its General Partner
By: Whitebox Advisors LLC its Investment Manager

By: _____
EFEC9660E257489...

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
    Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Whitebox Caja Blanca Fund, LP** | **Jefferies Leveraged Credit Products, LLC.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): 3575 (see initial
transfer to transferor at Docket No. 3313).

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $1,029,089.67

Name and Address where transferee payments
should be sent (if different from above):

Date Claim Filed: March 27, 2018

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____      Date: 05/30/2018
    Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180531000000000033

**TO:      THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Caja Blanca Fund, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $851,499.30, Proof of Claim No. 3378 in the amount of $1,000,000.00, Proof of Claim No. 3575 in the amount of $1,029,089.67, Proof of Claim No. 3600 in the amount of $1,029,089.67, Proof of Claim No. 2435 in the amount of $14,431.41, Proof of Claim No. 3379 in the amount of $6,945.32, Proof of Claim No. 3521 in the amount of $93,914.97, and Proof of Claim No. 3574 in the amount of $80,129.07.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC

By: _____

Name:

Title:      William P. McLoughlin
           Senior Vice President
           Authorized Signatory

WHITEBOX CAJA BLANCA FUND, LP
By: Whitebox Caja Blanca GP LLC its General Partner
By: Whitebox Advisors LLC its Investment Manager

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
Debtors.

Case No. 17-10751
(jointly administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Caja Blanca Fund, LP**
Name of Transferee

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Name and Address where transferee payments should be sent (if different from above):

**Jefferies Leveraged Credit Products, LLC.**
Name of Transferor

Court Claim # (if known): 3600 (see initial transfer to transferor at Docket No. 3314).

Total Amount of Claim Transferred:
USD $1,029,089.67

Date Claim Filed: April 24, 2018

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

Date: 05/30/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180531000000000034

24764609.1

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Caja Blanca Fund, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $851,499.30, Proof of Claim No. 3378 in the amount of $1,000,000.00, Proof of Claim No. 3575 in the amount of $1,029,089.67, Proof of Claim No. 3600 in the amount of $1,029,089.67, Proof of Claim No. 2435 in the amount of $14,431.41, Proof of Claim No. 3379 in the amount of $6,945.32, Proof of Claim No. 3521 in the amount of $93,914.97, and Proof of Claim No. 3574 in the amount of $80,129.07.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLoughlin_

Name:

Title:    **William P. McLoughlin**
**Senior Vice President**
**Authorized Signatory**

**WHITEBOX CAJA BLANCA FUND, LP**
By: Whitebox Caja Blanca GP LLC its General Partner
By: Whitebox Advisors LLC its Investment Manager

By: _____
EFEC9660E257489...

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**Jefferies Leveraged Credit Products, LLC.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): 2435 (see initial
transfer to transferor at Docket No. 3306).

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $22,584.01

Name and Address where transferee payments
should be sent (if different from above):

Date Claim Filed: August 31, 2017

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 05/30/2018
    Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

24764609.1

**Evidence of Partial Transfer of Claim**

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $1,332,527.90, Proof of Claim No. 3378 in the amount of $1,564,919.55, Proof of Claim No. 3575 in the amount of $1,610,442.54, Proof of Claim No. 3600 in the amount of $1,610,442.54, Proof of Claim No. 2435 in the amount of $22,584.01, Proof of Claim No. 3379 in the amount of $10,868.87, Proof of Claim No. 3521 in the amount of $146,969.38, and Proof of Claim No. 3574 in the amount of $125,395.56.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLoughlin_

Name:
            **William P. McLoughlin**
Title:      **Senior Vice President**
            **Authorized Signatory**

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: Whitebox Advisors LLC its Investment Manager

By: _____
    EFEC9660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
        Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**Jefferies Leveraged Credit Products, LLC.**
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 2437 (see initial transfer to transferor at Docket No. 3307).

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $1,332,527.90

Name and Address where transferee payments should be sent (if different from above):

Date Claim Filed: August 31, 2017

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
    Transferee/Transferee's Agent

Date: 05/30/2018

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751180531000000000036

24764609.1

**Evidence of Partial Transfer of Claim**

**TO:      THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $1,332,527.90, Proof of Claim No. 3378 in the amount of $1,564,919.55, Proof of Claim No. 3575 in the amount of $1,610,442.54, Proof of Claim No. 3600 in the amount of $1,610,442.54, Proof of Claim No. 2435 in the amount of $22,584.01, Proof of Claim No. 3379 in the amount of $10,868.87, Proof of Claim No. 3521 in the amount of $146,969.38, and Proof of Claim No. 3574 in the amount of $125,395.56.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLoughlin_

Name:
Title:        **William P. McLoughlin**
              **Senior Vice President**
              Authorized Signatory

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: Whitebox Advisors LLC its Investment Manager

By: _[DocuSigned by: EFEC9660E2574B9...]_

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**Jefferies Leveraged Credit Products, LLC.**
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 3378 (see initial transfer to transferor at Docket No. 3309).

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $1,564,919.55

Name and Address where transferee payments should be sent (if different from above):

Date Claim Filed: October 16, 2017

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 05/30/2018
    Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751180531000000000037

24764609.1

## Evidence of Partial Transfer of Claim

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $1,332,527.90, Proof of Claim No. 3378 in the amount of $1,564,919.55, Proof of Claim No. 3575 in the amount of $1,610,442.54, Proof of Claim No. 3600 in the amount of $1,610,442.54, Proof of Claim No. 2435 in the amount of $22,584.01, Proof of Claim No. 3379 in the amount of $10,868.87, Proof of Claim No. 3521 in the amount of $146,969.38, and Proof of Claim No. 3574 in the amount of $125,395.56.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLoughlin_

Name:

Title:       **William P. McLoughlin**
            **Senior Vice President**
            **Authorized Signatory**

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: Whitebox Advisors LLC its Investment Manager

By: _____
      EFEC9660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**Jefferies Leveraged Credit Products, LLC.**
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 3379 (see initial transfer to transferor at Docket No. 3310).

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $10,868.87

Name and Address where transferee payments should be sent (if different from above):

Date Claim Filed: October 16, 2017

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
 Transferee/Transferee's Agent

Date: 05/30/2018

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 19C2C0DB-56B1-44A3-83D0-092988109285

24764609.1

**Evidence of Partial Transfer of Claim**

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $1,332,527.90, Proof of Claim No. 3378 in the amount of $1,564,919.55, Proof of Claim No. 3575 in the amount of $1,610,442.54, Proof of Claim No. 3600 in the amount of $1,610,442.54, Proof of Claim No. 2435 in the amount of $22,584.01, Proof of Claim No. 3379 in the amount of $10,868.87, Proof of Claim No. 3521 in the amount of $146,969.38, and Proof of Claim No. 3574 in the amount of $125,395.56.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLoughlin_

Name:

Title:
**William P. McLoughlin**
**Senior Vice President**
Authorized Signatory

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: Whitebox Advisors LLC its Investment Manager

By: _____
EFEC9660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
  Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**Jefferies Leveraged Credit Products, LLC.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): 3521 (see initial
transfer to transferor at Docket No. 3311).

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $146,969.38

Name and Address where transferee payments
should be sent (if different from above):

Date Claim Filed: March 5, 2018

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: 05/30/2018
    Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

24764609.1

## Evidence of Partial Transfer of Claim

**TO:**     **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $1,332,527.90, Proof of Claim No. 3378 in the amount of $1,564,919.55, Proof of Claim No. 3575 in the amount of $1,610,442.54, Proof of Claim No. 3600 in the amount of $1,610,442.54, Proof of Claim No. 2435 in the amount of $22,584.01, Proof of Claim No. 3379 in the amount of $10,868.87, Proof of Claim No. 3521 in the amount of $146,969.38, and Proof of Claim No. 3574 in the amount of $125,395.56.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLoughlin_

Name:

**William P. McLoughlin**

Title:     **Senior Vice President**
           **Authorized Signatory**

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: Whitebox Advisors LLC its Investment Manager

By: _____
    EFEC9660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**Jefferies Leveraged Credit Products, LLC.**
Name of Transferor

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Court Claim # (if known): 3574 (see initial transfer to transferor at Docket No. 3312).

Total Amount of Claim Transferred:
USD $125,395.56

Name and Address where transferee payments should be sent (if different from above):

Date Claim Filed: March 27, 2018

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent
Mark Strefling
Partner & CEO

Date: 05/30/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

24764609.1

## Evidence of Partial Transfer of Claim

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $1,332,527.90, Proof of Claim No. 3378 in the amount of $1,564,919.55, Proof of Claim No. 3575 in the amount of $1,610,442.54, Proof of Claim No. 3600 in the amount of $1,610,442.54, Proof of Claim No. 2435 in the amount of $22,584.01, Proof of Claim No. 3379 in the amount of $10,868.87, Proof of Claim No. 3521 in the amount of $146,969.38, and Proof of Claim No. 3574 in the amount of $125,395.56.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLoughlin_ (signature)

Name:

Title:       **William P. McLoughlin**
             **Senior Vice President**
             Authorized Signatory

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: Whitebox Advisors LLC its Investment Manager

By: _____ (DocuSigned by: EFEC9660E2574B9...)

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
        Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**Jefferies Leveraged Credit Products, LLC.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): 3575 (see initial
transfer to transferor at Docket No. 3313).

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $1,610,442.54

Name and Address where transferee payments
should be sent (if different from above):

Date Claim Filed: March 27, 2018

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____       Date: 05/30/2018
    Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

24764609.1

## Evidence of Partial Transfer of Claim

**TO:**   **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $1,332,527.90, Proof of Claim No. 3378 in the amount of $1,564,919.55, Proof of Claim No. 3575 in the amount of $1,610,442.54, Proof of Claim No. 3600 in the amount of $1,610,442.54, Proof of Claim No. 2435 in the amount of $22,584.01, Proof of Claim No. 3379 in the amount of $10,868.87, Proof of Claim No. 3521 in the amount of $146,969.38, and Proof of Claim No. 3574 in the amount of $125,395.56.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLoughlin_

Name:

Title:
**William P. McLoughlin**
**Senior Vice President**
Authorized Signatory

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: Whitebox Advisors LLC its Investment Manager

By: _EFEC9660E2574B9..._

Name: Mark Strefling

Title: Chief Executive Officer

NY 77029707v3
05/24/2018 12:50 AM

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Whitebox Multi-Strategy Partners, LP** | **Jefferies Leveraged Credit Products, LLC.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 3600 (see initial transfer to transferor at Docket No. 3314).

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $1,610,442.54

Name and Address where transferee payments should be sent (if different from above):

Date Claim Filed: April 24, 2018

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: 05/30/2018

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1710751180531000000000042

DocuSign Envelope ID: 19C2C0DB-56B1-44A3-83D0-092988I092B5

24764609.1

## Evidence of Partial Transfer of Claim

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Multi-Strategy Partners, LP ("Purchaser") a portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Westinghouse Electric Company LLC and certain of its affiliates (collectively, the "Debtor"), the debtor in Case No. 17-10751 (MEW) jointly administered proceeding currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant proofs of claim filed with the Bankruptcy Court in respect of the foregoing Claim, consisting of Proof of Claim No. 2437 in the amount of $1,332,527.90, Proof of Claim No. 3378 in the amount of $1,564,919.55, Proof of Claim No. 3575 in the amount of $1,610,442.54, Proof of Claim No. 3600 in the amount of $1,610,442.54, Proof of Claim No. 2435 in the amount of $22,584.01, Proof of Claim No. 3379 in the amount of $10,868.87, Proof of Claim No. 3521 in the amount of $146,969.38, and Proof of Claim No. 3574 in the amount of $125,395.56.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of May, 2018.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _____

Name:

Title:      **William P. McLoughlin**
            **Senior Vice President**
            Authorized Signatory

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: Whitebox Advisors LLC its Investment Manager

By: _____
    EFEC9660E2574B9...

Name: Mark Strefling

Title: Chief Executive Officer

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**SteelFab, Inc.**
Name of Transferor

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): 2837

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $339,758.24

Date Claim Filed: September 1, 2017

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____

Date: 06/25/2018

Transferee/Transferee's Agent
Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

## TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated June 19, 2018 by and among SteelFab, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 2837 in the amount of $339,758.24, Proof of Claim No. 2876 in the amount of $47,473.01, Proof of Claim Nos. 3335 and 3337 in the amount of $380,432.64, Proof of Claim No. 3580 in the amount of $385,526.59, and Proof of Claim Nos. 3579 and 3614 in the amount of $60,307.93 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.    Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of June, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**STEELFAB, INC.**

By: _____

Name: R. Glenn Sherrill

Title: CEO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
  Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Whitebox Multi-Strategy Partners, LP** | **SteelFab, Inc.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): 2876

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $47,473.01

Date Claim Filed: September 1, 2017

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____ .        Date: 06/25/2018
      Transferee/Transferee's Agent
  Mark Strefling
  Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated June 19, 2018 by and among SteelFab, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 2837 in the amount of $339,758.24, Proof of Claim No. 2876 in the amount of $47,473.01, Proof of Claim Nos. 3335 and 3337 in the amount of $380,432.64, Proof of Claim No. 3580 in the amount of $385,526.59, and Proof of Claim Nos. 3579 and 3614 in the amount of $60,307.93 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of June, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**STEELFAB, INC.**

By: _____

Name: R. Glenn Sherrill

Title: CEO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
        Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee

**SteelFab, Inc.**
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 3335

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD $380,432.64

Date Claim Filed: October 12, 2017

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 06/25/2018
    Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated June 19, 2018 by and among SteelFab, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 2837 in the amount of $339,758.24, Proof of Claim No. 2876 in the amount of $47,473.01, Proof of Claim Nos. 3335 and 3337 in the amount of $380,432.64, Proof of Claim No. 3580 in the amount of $385,526.59, and Proof of Claim Nos. 3579 and 3614 in the amount of $60,307.93 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of June, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**STEELFAB, INC.**

By: _____

Name: R. Glenn Sherrill

Title: CEO

DocuSign Envelope ID: 28AE375E-9822-4636-9F7C-73148BD06F9D

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,      Case No. 17-10751
      Debtors.                           (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**      **SteelFab, Inc.**
Name of Transferee                                Name of Transferor

Name and Address where notices to      Court Claim # (if known): <u>3337</u>
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken                     Total Amount of Claim Transferred:
Telephone: (612) 253-6001           USD <u>$380,432.64</u>
Email: sspecken@whiteboxadvisors.com

                                     Date Claim Filed: <u>October 12, 2017</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____           Date: <u>06/25/2018</u>
      Transferee/Transferee's Agent
      Mark Strefling
      Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated June 19, 2018 by and among SteelFab, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 2837 in the amount of $339,758.24, Proof of Claim No. 2876 in the amount of $47,473.01, Proof of Claim Nos. 3335 and 3337 in the amount of $380,432.64, Proof of Claim No. 3580 in the amount of $385,526.59, and Proof of Claim Nos. 3579 and 3614 in the amount of $60,307.93 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of June, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**STEELFAB, INC.**

By: _____

Name: R. Glenn Sherrill

Title: CEO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
    Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Whitebox Multi-Strategy Partners, LP** | **SteelFab, Inc.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>3579</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD <u>$60,307.93</u>

Date Claim Filed: <u>March 29, 2018</u>

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____,       Date: <u>06/25/2018</u>
       Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated June 19, 2018 by and among SteelFab, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 2837 in the amount of $339,758.24, Proof of Claim No. 2876 in the amount of $47,473.01, Proof of Claim Nos. 3335 and 3337 in the amount of $380,432.64, Proof of Claim No. 3580 in the amount of $385,526.59, and Proof of Claim Nos. 3579 and 3614 in the amount of $60,307.93 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of June, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**STEELFAB, INC.**

By: _____

Name: R. Glenn Sherrill

Title: CEO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
        Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Whitebox Multi-Strategy Partners, LP** | **SteelFab, Inc.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>3580</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD <u>$385,526.59</u>

Date Claim Filed: <u>March 29, 2018</u>

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____,
    Transferee/Transferee's Agent
    Mark Strefling
    Partner & CEO

Date: <u>06/25/2018</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated June 19, 2018 by and among SteelFab, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 2837 in the amount of $339,758.24, Proof of Claim No. 2876 in the amount of $47,473.01, Proof of Claim Nos. 3335 and 3337 in the amount of $380,432.64, Proof of Claim No. 3580 in the amount of $385,526.59, and Proof of Claim Nos. 3579 and 3614 in the amount of $60,307.93 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of June, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**STEELFAB, INC.**

By: _R. Glenn Sherrill_

Name: R. Glenn Sherrill

Title: CEO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Whitebox Multi-Strategy Partners, LP** | **SteelFab, Inc.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): <u>3614</u>

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

Total Amount of Claim Transferred:
USD <u>$60,307.93</u>

Date Claim Filed: <u>June 11, 2018</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____,
      Transferee/Transferee's Agent
      Mark Strefling
      Partner & CEO

Date: <u>06/25/2018</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated June 19, 2018 by and among SteelFab, Inc. ("Assignor") and Whitebox Multi-Strategy Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 2837 in the amount of $339,758.24, Proof of Claim No. 2876 in the amount of $47,473.01, Proof of Claim Nos. 3335 and 3337 in the amount of $380,432.64, Proof of Claim No. 3580 in the amount of $385,526.59, and Proof of Claim Nos. 3579 and 3614 in the amount of $60,307.93 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignee acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of June, 2018.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**STEELFAB, INC.**

By: _____

Name: R. Glenn Sherrill

Title: CEO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**

Name of Transferee

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

**SteelFab, Inc.**
Name of Transferor

Court Claim # (if known): 2837

Total Amount of Claim Transferred:
USD $313,622.99

Date Claim Filed: September 1, 2017

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____

Date: 06/25/2018

Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated June 19, 2018 by and among SteelFab, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 2837 in the amount of $313,622.99, Proof of Claim No. 2876 in the amount of $43,821.24, Proof of Claim Nos. 3335 and 3337 in the amount of $351,168.59, Proof of Claim No. 3580 in the amount of $355,870.69, and Proof of Claim Nos. 3579 and 3614 in the amount of $55,668.85 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of June, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**STEELFAB, INC.**

By: _R. Glenn Sherrill_

Name: R. Glenn Sherrill

Title: CEO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
      Debtors.

Case No. 17-10751
(jointly administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**

Name of Transferee

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

**SteelFab, Inc.**
Name of Transferor

Court Claim # (if known): 2876

Total Amount of Claim Transferred:
USD $43,821.24

Date Claim Filed: September 1, 2017

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: 06/25/2018
    Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated June 19, 2018 by and among SteelFab, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 2837 in the amount of $313,622.99, Proof of Claim No. 2876 in the amount of $43,821.24, Proof of Claim Nos. 3335 and 3337 in the amount of $351,168.59, Proof of Claim No. 3580 in the amount of $355,870.69, and Proof of Claim Nos. 3579 and 3614 in the amount of $55,668.85 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of June, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**STEELFAB, INC.**

By: _____

Name: R. Glenn Sherrill

Title: CEO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,          Case No. 17-10751
        Debtors.                                                     (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**          **SteelFab, Inc.**
                                              Name of Transferor
Name of Transferee

Name and Address where notices to             Court Claim # (if known): <u>3335</u>
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416                         Total Amount of Claim Transferred:
Attn: Scott Specken                           USD <u>$351,168.59</u>
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com          Date Claim Filed: <u>October 12, 2017</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____          Date: <u>06/25/2018</u>
    Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

## TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated June 19, 2018 by and among SteelFab, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 2837 in the amount of $313,622.99, Proof of Claim No. 2876 in the amount of $43,821.24, Proof of Claim Nos. 3335 and 3337 in the amount of $351,168.59, Proof of Claim No. 3580 in the amount of $355,870.69, and Proof of Claim Nos. 3579 and 3614 in the amount of $55,668.85 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of June, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**STEELFAB, INC.**

By: R. Glenn Sherrill

Name: R. Glenn Sherrill

Title: CEO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
        Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**

Name of Transferee

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

**SteelFab, Inc.**
Name of Transferor

Court Claim # (if known): <u>3337</u>

Total Amount of Claim Transferred:
USD <u>$351,168.59</u>

Date Claim Filed: <u>October 12, 2017</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____       Date: <u>06/25/2018</u>
     Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



1710751180627000000000015

**Evidence of Partial Transfer of Claim**

## TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated June 19, 2018 by and among SteelFab, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 2837 in the amount of $313,622.99, Proof of Claim No. 2876 in the amount of $43,821.24, Proof of Claim Nos. 3335 and 3337 in the amount of $351,168.59, Proof of Claim No. 3580 in the amount of $355,870.69, and Proof of Claim Nos. 3579 and 3614 in the amount of $55,668.85 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of June, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**STEELFAB, INC.**

By: _____

Name: R. Glenn Sherrill

Title: CEO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,      Case No. 17-10751
       Debtors.                                           (jointly administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**       **SteelFab, Inc.**
                                                 Name of Transferor
Name of Transferee

Name and Address where notices to     Court Claim # (if known): <u>3579</u>
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416            Total Amount of Claim Transferred:
Attn: Scott Specken                    USD <u>$55,668.85</u>
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com    Date Claim Filed: <u>March 29, 2018</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: <u>06/25/2018</u>
      Transferee/Transferee's Agent

Mark Strefling
Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated June 19, 2018 by and among SteelFab, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 2837 in the amount of $313,622.99, Proof of Claim No. 2876 in the amount of $43,821.24, Proof of Claim Nos. 3335 and 3337 in the amount of $351,168.59, Proof of Claim No. 3580 in the amount of $355,870.69, and Proof of Claim Nos. 3579 and 3614 in the amount of $55,668.85 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of June, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**STEELFAB, INC.**

By: _R. Glenn Sherrill_

Name: R. Glenn Sherrill

Title: CEO

B 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,  
        Debtors.

Case No. 17-10751  
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**

Name of Transferee

Name and Address where notices to transferee should be sent:

3033 Excelsior Blvd., Ste. 300  
Minneapolis, MN 55416  
Attn: Scott Specken  
Telephone: (612) 253-6001  
Email: sspecken@whiteboxadvisors.com

**SteelFab, Inc.**

Name of Transferor

Court Claim # (if known): 3580

Total Amount of Claim Transferred:  
USD $355,870.69

Date Claim Filed: March 29, 2018

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  
    Transferee/Transferee's Agent  
Mark Strefling  
Partner & CEO

Date: 06/25/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated June 19, 2018 by and among SteelFab, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 2837 in the amount of $313,622.99, Proof of Claim No. 2876 in the amount of $43,821.24, Proof of Claim Nos. 3335 and 3337 in the amount of $351,168.59, Proof of Claim No. 3580 in the amount of $355,870.69, and Proof of Claim Nos. 3579 and 3614 in the amount of $55,668.85 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of June, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____

Name: Mark Strefling

Title: Chief Executive Officer

**STEELFAB, INC.**

By: _R. Glenn Sherrill_

Name: R. Glenn Sherrill

Title: CEO

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,
         Debtors.

Case No. 17-10751
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**

Name of Transferee

Name and Address where notices to
transferee should be sent:

3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Scott Specken
Telephone: (612) 253-6001
Email: sspecken@whiteboxadvisors.com

**SteelFab, Inc.**
Name of Transferor

Court Claim # (if known): 3614

Total Amount of Claim Transferred:
USD $55,668.85

Date Claim Filed: June 11, 2018

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
    Transferee/Transferee's Agent
Mark Strefling
Partner & CEO

Date: 06/25/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Partial Transfer of Claim**

## TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and subject to the terms and conditions of that Assignment of Claim Agreement dated June 19, 2018 by and among SteelFab, Inc. ("Assignor") and Whitebox Asymmetric Partners, LP ("Assignee"), Assignor hereby unconditionally and irrevocably sells, transfers, and assigns to Assignee its right, title, interest, claims, and causes of action in and to, or arising under or in connection with, Proof of Claim No. 2837 in the amount of $313,622.99, Proof of Claim No. 2876 in the amount of $43,821.24, Proof of Claim Nos. 3335 and 3337 in the amount of $351,168.59, Proof of Claim No. 3580 in the amount of $355,870.69, and Proof of Claim Nos. 3579 and 3614 in the amount of $55,668.85 (collectively, the "Claims") filed against Westinghouse Electric Company LLC, et al. (the "Debtor"), the debtor in Case No. 17-10751 (MEW) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law.   Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims, recognizing Assignee as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of June, 2018.

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____
DocuSigned by:
EFEC9000E237489

Name: Mark Strefling

Title: Chief Executive Officer

**STEELFAB, INC.**

By: _R. Glenn Sherrill_

Name: R. Glenn Sherrill

Title: CEO

DAVIS & GILBERT LLP
H. Seiji Newman
Massimo Giugliano
1740 Broadway
New York, NY 10019
Tel: (212) 468-4800
Fax: (212) 468-4888
Email:  hsnewman@dglaw.com
         mgiugliano@dglaw.com

*Attorneys for Landstar Global*
*Logistics, Inc., Landstar Inway, Inc.*
*and Landstar Express America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
                                                                      :
**In re**                                                             :
                                                                      :    **Chapter 11**
                                                                      :
**WESTINGHOUSE ELECTRIC**                                             :    **Case No. 17-10751**
**COMPANY LLC,** *et al.,*                                            :
                                                                      :
                        **Debtors.**                                  :    **(Jointly Administered)**
-----------------------------------------------------------------------X

<u>**CERTIFICATE OF SERVICE**</u>

I, H. Seiji Newman, hereby certify that, on September 11, 2018, I caused the foregoing

Counter-Designation of Items to be Included in the Record on Appeal of Appellees Landstar

Global Logistics, Inc., Landstar Inway, Inc. and Landstar Express America, Inc. to be filed with

the Clerk of the Court using the CM/ECF system for the United States Bankruptcy Court for the

Southern District of New York (the "CM/ECF System"), which caused the same to be served

upon all registered users of the CM/ECF System.

Dated:   New York, New York
        September 11, 2018

                                      DAVIS & GILBERT LLP

                                      /s/ Seiji Newman
                                      H. Seiji Newman
                                      Massimo Giugliano
                                      1740 Broadway
                                      New York, New York 10019
                                      Telephone:  (212) 468-4800
                                      Facsimile:  (212) 468-4888

                                      *Attorneys for Landstar Global*
                                      *Logistics, Inc., Landstar Inway, Inc.*
                                      *and Landstar Express America, Inc.*