

Clay J. Pierce
212-248-3186 Direct
212-248-3141 Fax
Clay.Pierce@dbr.com

*Law Offices*

1177 Avenue of the Americas
41st Floor
New York, NY
10036-2714

212-248-3140
212-248-3141 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
LONDON
NEW JERSEY
NEW YORK
PENNSYLVANIA
TEXAS
WASHINGTON D.C.

*Established* 1849

October 8, 2018

**VIA CM/ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

  **Re:** *In Re: Westinghouse Electric Company LLC*
     **Case No. 1:18-cv-07856-VSB**

Dear Judge Broderick:

  We represent Appellants Whitebox Advisors, LLC, Whitebox Multi-Strategy Partners, LP and Whitebox Asymmetric Partners, LP (the "Appellants") in the above-referenced action.  Together with counsel for Landstar Global Logistics, Inc., Landstar Inway, Inc. and Landstar Express America, Inc. (the "Appellees"), we write to jointly request an extension of the parties' time to serve and file their appellate briefs under Rule 8018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

  On August 14, 2018, Appellants appealed under 28 U.S.C. § 158(a) and Bankruptcy Rules 8002 and 8003 to this Court from a decision and order of the United States Bankruptcy Court for the Southern District of New York [Docket No. 1].  On August 28, 2018, Appellants filed their Statement of Issues and Designation of Items to Be Included in the Record on Appeal [Docket No. 3].  Appellants filed their Counter-Designation of Additional Items to Be Included in the Record on Appeal on September 17, 2018 [Docket No. 4].  That same day, the parties were notified that the record on appeal is complete and available electronically.  Therefore, pursuant to Bankruptcy Rule 8018(a), Appellants' brief is due October 17, 2018.

  In connection with a separate matter before the United States Bankruptcy Court for the Northern District of Illinois (the "Chicago Bankruptcy Court"), Appellant is currently litigating issues similar to those before this Court on appeal.  Summary judgment briefing in that matter will conclude on October 8, 2018, and the Chicago Bankruptcy Court has announced its intention to rule on or before December 19, 2018. Because the analysis and result of that case may well be relevant to this appeal, the parties wish to defer briefing in this matter until a decision has been rendered by the Chicago Bankruptcy Court.  Accordingly, the parties respectfully request that the Court extend the briefing schedule as follows:  Appellants shall serve and file their brief by

**DrinkerBiddle&Reath**

Honorable Vernon S. Broderick
October 8, 2018
Page 2

January 18, 2019. Appellees shall serve and file their brief by March 1, 2019 and Appellants' shall serve and file their reply brief by March 15, 2019.

There have been no previous requests for an adjournment or extension. As set forth above, Appellees' counsel joins in this request.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

Clay J. Pierce

cc: James H. Millar, Esq.
H. Seiji Newman, Esq.
Massimo Giugliano, Esq.
Matthew R. Maddox. Esq.