# Drinker Biddle & Reath
**LLP**

Clay J. Pierce
212-248-3186 Direct
212-248-3141 Fax
Clay.Pierce@dbr.com

*Law Offices*
1177 Avenue of the Americas
41st Floor
New York, NY
10036-2714

212-248-3140
212-248-3141 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
LONDON
NEW JERSEY
NEW YORK
PENNSYLVANIA
TEXAS
WASHINGTON D.C.

*Established* 1849

December 6, 2018

**VIA CM/ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

   **Re:** *In Re: Westinghouse Electric Company LLC*
      **Case No. 1:18-cv-07856-VSB**

Dear Judge Broderick:

  We represent Appellants Whitebox Advisors, LLC, Whitebox Multi-Strategy Partners, LP and Whitebox Asymmetric Partners, LP (the "Appellants") in the above-referenced action. Together with counsel for Landstar Global Logistics, Inc., Landstar Inway, Inc. and Landstar Express America, Inc. (the "Appellees"), we write to jointly request an extension of the parties' time to serve and file their appellate briefs under Rule 8018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

  On October 10, 2018, this Court granted the parties' joint request for an extension of their respective time to serve and file their appellate briefs [Docket No. 6] (the "Joint Request"). As the parties explained in the Joint Request, Appellant is currently litigating issues similar to those before this court in the United States Bankruptcy Court for the Northern District of Illinois (the "Chicago Bankruptcy Court"). Because the Chicago Bankruptcy Court intended to rule on or before December 19, 2018, the parties requested, and this Court ordered, the following briefing schedule in this matter: (1) Appellants shall serve and file their brief by January 18, 2019; (2) Appellees shall serve and file their brief by March 1, 2019; and (3) Appellants' shall serve and file their reply brief by March 15, 2019.

  On December 4, 2018, the Chicago Bankruptcy Court *sua sponte* reset its scheduled ruling date from December 19, 2018, to February 20, 2019. Because the ruling date has been pushed back by approximately two months, the parties wish to further adjourn briefing in this matter, so that they may evaluate the Chicago Bankruptcy Court's decision prior to briefing the issues on appeal here. Accordingly, the parties respectfully request that the Court extend the briefing schedule in this matter as follows:
(1) Appellants shall serve and file their brief by March 20, 2019; (2) Appellees shall

DrinkerBiddle&Reath

Honorable Vernon S. Broderick
December 6, 2018
Page 2

serve and file their brief by May 1, 2019; and (3) Appellants' shall serve and file their reply brief by May 15, 2019.

There has been one previous request for an adjournment of the subject briefing schedule. As set forth above, Appellees' counsel joins in this request.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Clay J. Pierce

cc: H. Seiji Newman, Esq.
Massimo Giugliano, Esq.
Matthew R. Maddox. Esq.

Appellants' brief is due no later than March 20, 2019. Appellees' brief is due no later than May 1, 2019. Appellants' reply is due no later than May 15, 2019.

**SO ORDERED:**

HON. VERNON S. BRODERICK  12/7/2018
UNITED STATES DISTRICT JUDGE