DRINKER BIDDLE & REATH LLP
James H. Millar
Clay J. Pierce
Brian P. Morgan
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Tel: (212) 248-3140 (Main)
Fax: (212) 248-3141
E-mail: James.Millar@dbr.com
　　　　Clay.Pierce@dbr.com
　　　　Brian.Morgan@dbr.com

*Attorneys for Whitebox Advisors, LLC,
Whitebox Multi-Strategy Partners, LP,
and Whitebox Asymmetric Partners, LP*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re

**WESTINGHOUSE ELECTRIC COMPANY
LLC,** *et al.*,

　　　　　　　　**Debtors.**

------------------------------------------------------------x

Case No. 1:18-cv-07856-VSB

## STIPULATION OF DISMISSAL

Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, it is hereby stipulated and agreed by the undersigned attorneys for Appellants Whitebox Advisors, LLC, Whitebox Multi-Strategy Partners, LP and Appellees Whitebox Asymmetric Partners, LP, on the one hand, and Appellees Landstar Global Logistics, Inc., Landstar Inway, Inc. and Landstar Express America, Inc., on the other hand, that the instant appeal is hereby dismissed with prejudice and without costs.

Dated: January 24, 2019

DAVIS & GILBERT LLP

*/s/ H. Seiji Newman*

H. Seiji Newman
Massimo Giugliano
1740 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888

*Attorneys for Landstar Global Logistics, Inc., Landstar Inway, Inc., and Landstar Express America, Inc.*

DRINKER BIDDLE & REATH LLP

*/s/ Clay J. Pierce*

James H. Millar
Clay J. Pierce
Brian P. Morgan
1177 Avenue of the Americas,
41st Floor
New York, NY 10036-2714
Telephone: (212) 248-3272
Facsimile: (212) 248-3141

*Attorneys for Whitebox Advisors LLC, Whitebox Multi-Strategy Partners, LP, and Whitebox Asymmetric Partners, LP*

Dated: _____

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**